UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KELLY MACNEAL

                                      Plaintiff,        **NOTICE OF APPEARANCE**

        -against-

                                                24 Civ. 6017 (LGS)

STATE OF NEW YORK, et al,

                                    Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that Joseph Zangrilli, Assistant Corporation Counsel,

should be listed as counsel of record on behalf of the Acting Corporation Counsel of the City of

New York, Muriel Goode-Trufant, attorney for defendant the City of New York. All future

notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:        New York, New York
                September 24, 2024

                                    MURIEL GOODE-TRUFANT
                                    Acting Corporation Counsel of the City of
                                      New York
                                    *Attorney for Defendant City*
                                    100 Church Street,
                                    New York, New York 10007
                                    P: (212) 356-2657

                            By:    *Joseph Zangrilli* /s/
                                    Joseph Zangrilli, Esq.
                                    *Senior Counsel*

- 2 -

Cc:    **VIA ECF**
Kelly MacNeal
507 W 28th Street
Apt. 26D
New York, NY 10001
Macnificent2016@gmail.com
*Pro Se Plaintiff*


Elizabeth Anne Figueira
New York State Office of the Attorney General (28 Liberty)
28 Liberty Street, 15th Floor
New York, NY 10005
Tel.:   (212) 416-8528
Fax:   (212) 416-6009
Email: elizabeth.figueira@ag.ny.gov