

| | **T**HE **C**ITY OF **N**EW **Y**ORK | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 Church Street<br>NEW YORK, NY 10007 | **JOSEPH ZANGRILLI**<br>Phone: (212) 356-2657<br>Fax: (212) 356-3509<br>jzangril@law.nyc.gov<br>*Senior Counsel* |

October 7, 2024

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    MacNeal v. State of New York, et al.,
                 24-CV-6017 (LGS)

Your Honor:

        I am a Senior Counsel in the Office of Muriel Good Trufant, Acting Corporation Counsel for the City of New York, and attorney for defendant City of New York in the above-referenced matter.[1] Pursuant to the Court's August 19, 2024 Order, I respectfully write today on behalf of the defendant City to respond to the Court's Valentin Order directing the City to provide the names and shield numbers of the two unidentified FDNY EMTs and provide service addresses for four named NYPD officers.

        By way of background, this action arises from events that occurred the night of May 2, 2023 into the morning of May 3, 2023. Plaintiff states that on these dates, four NYPD officers—named as defendants in this suit—arrived at her apartment in response to an allegedly false report that she was displaying suicidal ideations. Despite Plaintiff's attempts to explain the situation, the NYPD officers called FDNY EMS, and two John Doe EMTs arrived. Plaintiff claims she was pressured to get into an ambulance, where she was transported to Mount Sinai West and subjected to a psychological evaluation. Because the hospital was unable to arrange late night transport for Plaintiff back to her home, she had to stay in the hospital overnight.

---

[1] This case has been assigned to Assistant Corporation Counsel Jack McLaughlin, who is presently awaiting his results from the July 2024 New York State Bar Exam and is handling this matter under my supervision. Mr. McLaughlin may be reached directly at (212) 356-2670 or by email at jmclaugh@law.nyc.gov.

On August 19, 2024, Your Honor directed the City to provide service addresses for the named NYPD defendants included in plaintiff's operative pleading. The service addresses for these individuals are as follows:

- Lieutenant John Corde, New York City Police Department, 10th Precinct, 230 W 20th St, New York, NY 10011.

- Police Officer Grey Castro, Shield No. 26994, New York City Police Department, 10th Precinct, 230 W 20th St, New York, NY 10011.

- Police Officer Christian Orellana, Shield No. 15363, New York City Police Department, 10th Precinct, 230 W 20th St, New York, NY 10011.

- Police Officer Jose Quintuna-Guaman, Shield No. 7157, New York City Police Department, 10th Precinct, 230 W 20th St, New York, NY 10011.

Your Honor also directed the City to provide identities and service addresses for the John Doe EMTs included in plaintiff's operative pleading. The first is as follows:

- EMT Frank Tarsillo, Fire Department of the City of New York, 9 Metro Tech Center, Brooklyn, NY 11201.

The second John Doe has resigned from EMS and has designated the New York City Law Department as his agent to accept service on his behalf in this matter:

- Ryan Stack, New York City Law Department, 100 Church Street, New York, NY 10007.

The City thanks the Court for its time and consideration herein.

                                       Respectfully Submitted,

                                       *Joseph Zangrilli /s/*

                                       Joseph Zangrilli
                                       Attorney for Defendants
                                       *Senior Counsel*
                                       New York City Law Department
                                       100 Church Street
                                       New York, NY 10007
                                       (212) 356-2657
                                       jzangril@law.nyc.gov

Cc: **VIA ECF**
Kelly MacNeal
507 W 28th Street
Apt. 26D
New York, NY 10001
Macnificent2016@gmail.com
*Pro Se Plaintiff*

Elizabeth Anne Figueira
New York State Office of the Attorney General (28 Liberty)
28 Liberty Street, 15th Floor
New York, NY 10005
Tel.:   (212) 416-8528
Fax:   (212) 416-6009
Email: elizabeth.figueira@ag.ny.gov
*Attorney for Codefendant State of New York*