Application **GRANTED**.  The Initial Pretrial Conference scheduled for **October 23, 2024**, and the deadline to file the joint letter and proposed case management plan are **ADJOURNED** *sine die* pending Defendants' anticipated motion to dismiss. Defendants shall file any pre-motion letter promptly and no later than **October 23, 2024**.

Dated: October 15, 2024
      New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>MacNeal v. State of New York, et al.</u>,
            24-CV-6017 (LGS)

Your Honor:

      I am a Senior Counsel in the Office of Muriel Good Trufant, Acting Corporation Counsel for the City of New York, and attorney for defendant City of New York in the above-referenced matter. I write jointly on behalf of the City and State defendants, to respectfully request an adjournment of the initial conference scheduled for October 23, 2024, at 4:00 p.m., and a concurrent extension of the deadline to submit the Case Management Plan.

      Plaintiff filed this action on August 1, 2024 (ECF No. 1). On October 9, 2024, Plaintiff filed a letter requesting an adjournment of the initial conference and an extension to file the Case Management Plan, citing ongoing issues with her apartment and difficulties in obtaining legal advice (ECF No. 19).

      In light of Plaintiff's request and the fact that both the City and State defendants intend to move to dismiss this case pursuant to Fed. R. Civ. P. 12(b)(6), we believe it would be most efficient to adjourn the initial conference. The parties anticipate filing their pre-motion letters promptly, in accordance with Your Honor's Individual Rules III.A.1 and III.C.2.

      In light of the foregoing, the parties respectfully request that the Court accept this letter in lieu of filing a joint letter and Case Management Plan by October 16, 2024, as originally ordered.

The parties thank the Court for its time and consideration of this request.

                    Respectfully Submitted,

                    *Joseph Zangrilli /s/*

                    Joseph Zangrilli
                    Attorney for Defendants
                    *Senior Counsel*
                    New York City Law Department
                    100 Church Street
                    New York, NY 10007
                    (212) 356-2657
                    jzangril@law.nyc.gov

Cc:    **VIA ECF**
       Kelly MacNeal
       507 W 28th Street
       Apt. 26D
       New York, NY 10001
       Macnificent2016@gmail.com
       *Pro Se Plaintiff*

       Elizabeth Anne Figueira
       New York State Office of the Attorney General (28 Liberty)
       28 Liberty Street, 15th Floor
       New York, NY 10005
       Tel.:   (212) 416-8528
       Fax:   (212) 416-6009
       Email:  elizabeth.figueira@ag.ny.gov
       *Attorney for Codefendant State of New York*