UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY MACNEAL,

                          Plaintiff,

      -against-

THE STAE OF NEW YORK, et al.,

                         Defendants.

1:24-CV-6017 (LGS)

ORDER OF SERVICE

LORNA G. SCHOFIELD, United States District Judge:

      Plaintiff Kelly MacNeal, who is appearing *pro se*, brings this action against (1) the State of New York; (2) the City of New York; (3) employees of the New York State Division of Human Rights ("DHR") Chelsea John, Elena Perlongo, Gina Martinez, Candace Tyndall and John Herrion; (4) employees of the New York City Police Department ("NYPD") John Corde, Grey Castro, Christian Orellana and Jose Quintuna-Guaman; and (5) Emergency Medical Technicians of the New York City Fire Department ("FDNY") Frank Tarsillo and Ryan Stack (collectively, "Defendants"). On November 29, 2024, Plaintiff filed her Amended Complaint.

      By order dated August 14, 2024, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on assistance from the Court and the United States Marshals Service ("USMS") to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date that any summonses issue.

process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Defendants through the USMS, the Clerk of Court is instructed to fill out USMS Process Receipt and Return forms ("USM-285 forms") for all defendants. The Clerk of Court is further instructed to issue summonses for all Defendants, and deliver to the USMS all the paperwork necessary for the USMS to effect service upon them.

If the Amended Complaint is not served on Defendants within 90 days after the date that summonses for those defendants have issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

SO ORDERED.

Dated:  December 4, 2024
        New York, New York

                                            _____
                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE

**SERVICE ADDRESSES**

1. The State of New York
   Office of the New York State Attorney General
   28 Liberty Street
   New York, New York 10005

2. The City of New York
   Law Department
   100 Church Street
   New York, New York 10007

3. Chelsea John
   New York State Division of Human Rights
   One Fordham Plaza, 4th Floor
   Bronx, New York 10458

4. Elena Perlongo
   New York State Division of Human Rights
   One Fordham Plaza, 4th Floor
   Bronx, New York 10458

5. Gina Martinez
   New York State Division of Human Rights
   One Fordham Plaza, 4th Floor
   Bronx, New York 10458

6. Candace Tyndall
   New York State Division of Human Rights
   One Fordham Plaza, 4th Floor
   Bronx, New York 10458

7. John Herrion
   New York State Division of Human Rights
   One Fordham Plaza, 4th Floor
   Bronx, New York 10458

8. John Corde (Shield No. 26994)
   New York City Police Department, 10th Precinct
   230 W 20th St
   New York, New York, 10011

9. Christian Orellana (Shield No. 15363)
   New York City Police Department, 10th Precinct
   230 W 20th St
   New York, New York, 10011

10. Jose Quintuna-Guaman (Shield No. 7157)
    New York City Police Department, 10th Precinct
    230 W 20th St
    New York, New York, 10011

11. Frank Tarsillo
    Fire Department of the City of New York
    9 Metro Tech Center
    Brooklyn, New York 11201

12. Ryan Stack
    New York City Law Department
    100 Church Street
    New York, New York 10007