UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
KELLY MACNEAL                                    :
                                                 :
                                                 :
                             Plaintiff(s),       :      24  Civ. 6017    (LGS)
                                                 :
          -against-                              :      ORDER OF REFERENCE
                                                 :      TO A
STATE OF NEW YORK et al.                         :      MAGISTRATE JUDGE
                                                 :
                             Defendant(s).       :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

The above entitled action is referred to the Hon. Jennifer E. Willis
United States Magistrate Judge, for the following purpose(s):

\_\_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

✔ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

\_\_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

\_\_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

\_\_\_\_\_ HABEAS CORPUS

\_\_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING

\_\_\_\_\_ SOCIAL SECURITY

\_\_\_\_\_ SETTLEMENT

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

\_\_\_\_\_ CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF

\_\_\_\_\_ JURY SELECTION

SO ORDERED.

Dated: January 10, 2025
       New York, New York

The conference scheduled for January 14, 2025, at 2:40 P.M. is **CANCELLED.**

*Signature*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

* Do not check if already referred for General Pre-Trial.