# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Kelly MacNeal | 24cv6017 |
| DEFENDANT | TYPE OF PROCESS |
| The State of New York et al | Summons and Complaint |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: The City of New York
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): Law Department 100 Church Street New York, New York 10007

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
Kelly MacNeal
507 W 28th Street
Apt. 26D
New York, NY 10001

- Number of process to be served with this Form 285:
- Number of parties to be served in this case:
- Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER:
DATE: 12/13/2024

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*
- Total Process: 12
- District of Origin No.: 054
- District to Serve No.: 054
- Signature of Authorized USMS Deputy or Clerk
- Date: 12/27/2024

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*:
- Date: 1/6/2025
- Time: 9:56  [X] am  [ ] pm

Address *(complete only different than shown above)*:
Signature of U.S. Marshal or Deputy: N/A - see remarks

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**
Summons + amended complaint emailed on 1/6/2025 to ServiceECF@law.nyc.gov. The proof of service receipt is attach.

Form USM-285
Rev. 03/21

**Hutchinson, Kristen (USMS)**

| | |
|---|---|
| **From:** | ServiceECF (Law) <ServiceECF@law.nyc.gov> |
| **Sent:** | Monday, January 6, 2025 9:56 AM |
| **To:** | Hutchinson, Kristen (USMS) |
| **Subject:** | [EXTERNAL] Proof of service receipt |

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York. Please retain it for your records. Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities. Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140 with any questions or concerns.**

1