# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**U.S. Department of Justice**
United States Marshals Service

| | |
|---|---|
| **PLAINTIFF** Kelly MacNeal | **COURT CASE NUMBER** 24cv6017 |
| **DEFENDANT** The State of New York et al | **TYPE OF PROCESS** Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ryan Stack
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
New York City Law Department 100 Church Street New York, New York 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Kelly MacNeal
507 W 28th Street
Apt. 26D
New York, NY 10001

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

[Stamp: U.S. DISTRICT COURT FILED MAR 28 2025 S.D. OF N.Y.]

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER:
DATE: 12/13/2024

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 054
District to Serve No. 054
Signature of Authorized USMS Deputy or Clerk
Date: 12/27/2024

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): A. Goebler - Messenger Center
Date: 3/27/25  Time: 1045 [X] am
Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Tues and Thurs only (9-5)

1st endeavor – Deputy Morton attempted to serve documents on 2/10/25 but was told process is only accepted on Tues. & Thurs.
Hour - 1 x $65 = $65 (1 deputy) → Total = $66.40
Miles - 2 x $.70 = $1.40

2nd endeavor – Deputy McDonald served documents to A. Goebler.
Hour - 1 x $65 = $65 (2 deputies) = $130
Miles - 2 x $.70 = $1.40 (1 car) = $1.40
$131.40

Form USM-285
Rev. 03/21