UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY MACNEAL,<br><br>                Plaintiff,<br>v.<br><br>THE STATE OF NEW YORK, THE CITY OF NEW YORK, CHELSEA JOHN, GINA MARTINEZ, ELENA PERLONGO, JOHN HERRION, CANDACE TYNDALL, ELIZABETH ORTIZ, JOHN CORDE, GREY CASTRO, CHRISTIAN ORELLANA, JOSE QUINTUNA-GUAMAN, FRANK TARSILLO AND RYAN STACK,<br><br>                Defendants. | No. 24-cv-06017 (LGS)(JW)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the Complaint, filed November 29, 2024 (ECF No. 37), the accompanying Memorandum of Law in Support of the Motion to Dismiss the Complaint, dated April 7, 2025, the declaration of Chelsea John dated April 4, 2025 and the exhibits attached thereto, defendants the State of New York and Chelsea John, Gina Martinez, Elena Perlongo, John Herrion, Candace Tyndall, and Elizabeth Ortiz, sued in their official and individual capacities as current and former employees of the New York State Division of Human Rights (collectively, "State Defendants") will move this Court before the Honorable Lorna G. Schofield, United States District Judge, and the Honorable Jennifer E. Willis, United States Magistrate Judge, at the United States District Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, at a time and date designated by the Court, for an order dismissing the Complaint with prejudice as against the State Defendants under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on the grounds that: (1) sovereign immunity bars claims the official capacity claims; (2) Plaintiff has failed to allege a viable claims under Sections 1981, 1983, 1985, 1986; (3) Plaintiff has failed to allege a viable claims under the Rehabilitation Act of 1973. State Defendants will

also move to dismiss the common law claims without prejudice as there are no grounds for this Court to exercise supplemental jurisdiction and for any other such relief that this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, are to be served by May 30, 2025; and

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, are to be served by June 13, 2025.

Dated: New York, New York
April 7, 2025

LETITIA JAMES
Attorney General
State of New York
*Attorney for State Defendants*

By: /s/ Elizabeth A. Figueira
ELIZABETH A. FIGUEIRA
Assistant Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8528
Elizabeth.Figueira@ag.ny.gov