**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

| Complaint ID | Complaint Code | Date Filed | Investigating Office | HRS |
|---|---|---|---|---|
| 10224864 | 23-H-D-H | 4/10/2023 | Housing Investigation Unit | Elena Perlongo |

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

## Events (82)

|  |  |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Wed 6/14/2023 |
| Status: | Completed |
| Date Completed: | 6/14/2023 |
| Comments: | Cp aware case is under investigation pending Investigator assignment: |

From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Sent: Wednesday, June 14, 2023 6:26 PM
To: Tyndall, Candace E (DHR)
<Candace.Tyndall@dhr.ny.gov
<mailto:Candace.Tyndall@dhr.ny.gov>>
Subject: Re: 6/13/23 Telephone Conversation
Recap - MacNeal 10224864

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

Hello Ms. Tyndall,
Your email mentioned nothing about the subject
of my call. The tenant I asked your office to
speak to is leaving for Japan this weekend. She
will be gone for two months.

I thought when I signed the complaint and
submitted my signed medical release forms that
my case was being assigned. I had a life
threatening reaction to the fumes entering my
apartment and thought your agency was acting on
it.

I just got back the second set of blood work
results (taken after my scary reaction - the second
such seizure-like attack). The results confirm
something is seriously wrong. I have markers in
my blood for either cancer or an autoimmune
disease ... thyroglobulin and the ANA tests. I also
have markers that predict a heart attack... the CRP
test.

All of these results are showing a frightening life
threatening deterioration in my health... due to the
constant exposure to the toxic formaldehyde and
other chemicals entering my apartment ALL night
everynight for the past several years.

I can not fight cancer or whatever else is going on
in my body while these fumes continue to sicken
me.

I have notified the management of my building of
my test results.  As usual they have refused to
respond. And they have continued to refuse to
address the problem in any way or confront the
neighbor below me and force her to stop her lease
violating behavior.

I have to go for an ultrasound and MRI next week
to further figure out exactly what is happening to

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian;
Gerald Farr; Maestro West Chelsea SPE LLC (1)

**Events (82)**

me.

Why is you office talking about conciliation ...
this non-sense was already explored over a year
ago when the NYC Commision on Human Rights
failed to do anything to help me.

And EVERY SINGLE useless suggestion made to
me as an "accommodation" was then played out
with the neighbor above me ... who was also
suffering from the fumes. All suggestions failed
to cure the problem and she moved out of the
building in April. She was "constructively
evicted" by the unbearable conditions in her
apartment. Bit she was a market-rate tenant and
could more easily afford to move. I am
imprisoned in an affordable apartment I can't
afford to give up.

That upstairs tenant, name Qi, is the other person
whose phone contact I left for your office on the
voicemail you are responding to here.

But, what you seem to be telling me in your reply
is, no matter how sick I have been made, no
matter my neighbor was forced out, no matter my
other neighbor is miserable and leaving for two
months, you have no real intention of fining my
landlord and holding them responsible for the
years of misery they have inflicted on me AND
others.

Even after the failure of the NYC Commision, I
called for independent mediation. Management
refused to participate.

All you are doing is allowing management to drag
this out while they continue to violate my
disability rights and make me so sick I may die
before seeing a resolution.

I've attached my blood test results.

Kelly MacNeal
917-

Sent: Wednesday, June 14, 2023 9:05 AM
To: macnificent2016@gmail.com
Subject: 6/13/23 Telephone Conversation Recap -
MacNeal 10224864

Good morning,

I am contacting you about [[Kelly MacNeal v
Lalezarian Properties LLC; Frank Lalezarian;
Kevin Lalezarian; Armina Thomas; Jerry
Rozkowski; Arine Gebian; Gerald Farr; Maestro
West Chelsea SPE LLC].

Your case is 65 days old as of today. Kindly note,
at this time no Investigator has been assigned to
this case.

Report run on 04/16/2024

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

Events (82)

However, you can continue communicating and
advising of conciliation preference(s) with the
Division, by email at InfoHousing@dhr.ny.gov
<mailto:InfoHousing@dhr.ny.gov>.

   Please only send to InfoHousing@dhr.ny.gov
<mailto:InfoHousing@dhr.ny.gov> until an
Investigator is assigned to the case.

Don't forget to include your name, the case
number, and the case name in the subject bar of
all emails.

You need to know that whether or not we contact
you during that time, your case will still be under
constant investigation.

This information has been updated on the case
file.
Thank you
Candace Tyndall (she/hers)
Program Aide
New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, NY 10458
Telephone: 718-          | Fax: 718-741-8318
candace.tyndall@dhr.ny.gov
<mailto:candace.tyndall@dhr.ny.gov>

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

**Events (82)**

| | |
|---|---|
| Unit: | HUD Contract |
| Type: | Initial contact/conciliation due |
| SubType: | |
| Date: | Thu 6/15/2023 |
| Status: | Completed |
| Date Completed: | 10/20/2023 |
| Comments: | |

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

**Events (82)**

|  | Unit: | Regional |
|--|--|--|
|  | Type: | Complainant Contact |
|  | SubType: | E-mail |
|  | Date: | Thu 6/15/2023 |
|  | Status: | Completed |
|  | Date Completed: | 6/15/2023 |
|  | Comments: | Cp Request to amend complaint: |

From: Mac Mac <macnificent2016@gmail.com>
Sent: Thursday, June 15, 2023 1:30 PM
To: Tyndall, Candace E (DHR)
<Candace.Tyndall@dhr.ny.gov>
Subject: Re: 6/13/23 Telephone Conversation
Recap - MacNeal 10224864

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

Ms. Tyndall,
It takes some pretty ice-cold bureaucratic blood
flowing through someone's veins to respond to my
last email with such a cookie cutter, form-letter
response.

It's a good thing you aren't answering 9-1-1 calls,
or you would just tell me to drop dead.

And I can't believe I've had to leave the
information about both my seizure-like attack,
AND the two other tenants you need to talk to, on
your voicemail because you refuse to answer the
phone.

The hysteria generated by the first TWO phone
calls I made to your office was ridiculous. And to
then have Chelsea John accuse me of "calling you
everyday" when I simply made TWO calls
inquiring about the deadline HUD gave you to
respond to my complaint, was downright
unprofessional. And the second call was only
because you promised a call back from your
"supervisor" that never came. The third call
finally brought Ms. John to the phone, but only to
scold me for daring to call twice before; and then
to tell me it didn't matter how sick the fumes in
my apartment were making me or how much
physical pain I was in ... I would just have to wait
my turn.... regardless of HUD's deadline.

I have now sent you further medical proof that
these fumes are making me critically ill and you
still can't break out of your bureaucratic nonsense
to help me. This is truly unbelievable.

Well, while you are dragging your feet... I would
like to add the names of the the people in the
apartment below me to the list of defendants...
they are the ones creating the fumes and breaking
the lease ... while violating my disability rights of
which they have been informed. Their names are:

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian;
Gerald Farr; Maestro West Chelsea SPE LLC (1)

**Events (82)**

Idalia Martinez (aka) Ydalia Martinez
507 W 28th St
Apt 25D
New York, NY 10001

And

Joselyn Martinez
507 W 28th St
Apt 25D
New York, NY 10001

Thank you,
Kelly MacNeal
507 W 28th St
Apt 26D
New York, NY 10001

From: Tyndall, Candace E (DHR)
Sent: Thursday, June 15, 2023 9:43 AM
To: Mac Mac <macnificent2016@gmail.com>
Subject: RE: 6/13/23 Telephone Conversation
Recap - MacNeal 10224864

Good morning,

About conciliation: this is a question that we ask
both Complainants and Respondents. It is strictly
voluntary. Complainants can choose to request
rectification or not to. Respondents can choose to
offer rectification or not to.

We just try to see if both Complainants and
Respondents can come up with an agreement that
they can live with. Thank you

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Fri 6/16/2023 |
| Status: | Completed |
| Date Completed: | 6/16/2023 |
| Comments: | My email to Cp: |

From: Tyndall, Candace E (DHR)
Sent: Friday, June 16, 2023 8:52 AM
To: Mac Mac <macnificent2016@gmail.com>
Subject: Cp Has Questions About Case
Amendment And Expedition- MacNeal 10224864

Good morning,

I am so sorry that you feel that way.

My intent was not to come off as cold and
calculating. I tried to explain that your case is
under investigation pending Investigator
assignment and the voluntary conciliation
processes. I also mentioned your concerns to my
Supervisors. They will get back to you soon.

Thank you

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

**Events (82)**

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Thu 6/22/2023 |
| Status: | Completed |
| Date Completed: | 6/29/2023 |
| Comments: | Cp's case status inquiry: |

On Thu, Jun 22, 2023, 7:27 PM Mac Mac
<macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>> wrote:
Hello Ms. Tyndall,

It been a week and I haven't heard a response
from your supervisor.

Kelly MacNeal

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

**Events (82)**

Unit: Regional
Type: Complainant Contact
SubType: E-mail
Date: Fri 7/21/2023
Status: Completed
Date Completed: 7/21/2023
Comments: Cp reminded case is under investigation pending
Investigator assignment:
From: Mac Mac <macnificent2016@gmail.com>
Sent: Friday, July 21, 2023 1:53 PM
To: Tyndall, Candace E (DHR)
<Candace.Tyndall@dhr.ny.gov>
Subject: Re: 30 Day Contact: Just Reaching Out
and Conciliation Preference(s) Inquiry - MacNeal
10224864

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

Ms. Tyndall,
It has been 38 days and you have refused to
respond to my request to add the names of my
two neighbors directly responsible for the fumes
entering my apartment. I contacted you about this
and sent you their names and addresses.

My case is now 103 days old and nothing has
been done while I suffer in physical pain and am
made sicker everyday.

You also allowed an opportunity to speak to one
of my witnesses to slip away when she was
leaving the country and I gave you notice of that
fact.

It is well past any amount of time for my landlord
to respond and Hud only gave you 30 to address
my complaint. What is going on here?

I just filed my Federal law suit against the NYC
Commision on Human Rights a week and a half
ago. I'm still considering charges for the stunt
you pulled with your fake suicide report.

When is someone going to actually help
me?????????

Kelly MacNeal
212-

From: Tyndall, Candace E (DHR)
Sent: Friday, July 21, 2023 9:28 AM
To: Mac Mac <macnificent2016@gmail.com>
Subject: 30 Day Contact: Just Reaching Out and
Conciliation Preference(s) Inquiry - MacNeal
10224864

Good morning,
Thank you for your email about [[Kelly MacNeal
v Lalezarian Properties LLC; Frank Lalezarian;
Kevin Lalezarian; Armina Thomas; Jerry

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

**Events (82)**

Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC].

Kindly note, at this time no Investigator has been assigned to this case.

Your case remains under investigation pending Investigation in the meanwhile.

You can continue communicating and advising of conciliation preference(s) with the Division, by email at InfoHousing@dhr.ny.gov <mailto:InfoHousing@dhr.ny.gov>. You can also provide contact information of Witness as well as supporting documents.

Please only send to InfoHousing@dhr.ny.gov <mailto:InfoHousing@dhr.ny.gov> until an Investigator is assigned to the case. Either Investigator or I will furnish contact information once known.

Don't forget to include your name, the case number, and the case name in the subject bar of all emails.

You need to know that whether or not we contact you during that time, your case will still be under constant investigation.

This information has been updated on the case file.

Thanks again

Candace Tyndall (she/hers)
Program Aide
New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, NY 10458
Telephone: 718        4 | Fax: 718-741-8318
candace.tyndall@dhr.ny.gov
<mailto:candace.tyndall@dhr.ny.gov>

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)

## Events (82)

| | |
|---|---|
| Unit | Regional |
| Type | Conciliation - Housing (HEMS use only) |
| SubType | Complainant |
| Date | Fri 7/21/2023 |
| Status | Completed |
| Date Completed | 7/21/2023 |
| Comments | Cp reminded case is under investigation pending Investigator assignment: |

From: Tyndall, Candace E (DHR)
Sent: Friday, July 21, 2023 9:28 AM
To: Mac Mac <macnificent2016@gmail.com>
Subject: 30 Day Contact: Conciliation
Preference(s) Inquiry - MacNeal 10224864

Good morning,
Thank you for your email about [[Kelly MacNeal
v Lalezarian Properties LLC; Frank Lalezarian;
Kevin Lalezarian; Armina Thomas; Jerry
Rozkowski; Arine Gebian; Gerald Farr; Maestro
West Chelsea SPE LLC].
Kindly note, at this time no Investigator has been
assigned to this case.
Your case remains under investigation pending
Investigation in the meanwhile.
You can continue advising of conciliation
preference(s) with the Division, by email at
InfoHousing@dhr.ny.gov
<mailto:InfoHousing@dhr.ny.gov>.
 Please only send to InfoHousing@dhr.ny.gov
<mailto:InfoHousing@dhr.ny.gov> until an
Investigator is assigned to the case. Either
Investigator or I will furnish contact information
once known.
Don't forget to include your name, the case
number, and the case name in the subject bar of
all emails.
You need to know that whether or not we contact
you during that time, your case will still be under
constant investigation.
This information has been updated on the case
file.
Thanks again

Candace Tyndall (she/hers)
Program Aide
New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, NY 10458
Telephone: 718-          | Fax: 718-741-8318
candace.tyndall@dhr.ny.gov
<mailto:candace.tyndall@dhr.ny.gov>

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

### Events (82)

|  |  |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Fri 7/28/2023 |
| Status: | Completed |
| Date Completed: | 8/1/2023 |
| Comments: | Cp email: |

From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Sent: Friday, July 28, 2023 8:32 PM
To: Tyndall, Candace E (DHR)
<Candace.Tyndall@dhr.ny.gov
<mailto:Candace.Tyndall@dhr.ny.gov>>
Cc: John, Chelsea (DHR)
<Chelsea.John@dhr.ny.gov
<mailto:Chelsea.John@dhr.ny.gov>>
Subject: Re: 30 Day Contact: Just Reaching Out
and Conciliation Preference(s) Inquiry - MacNeal
10224864

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

Ms. Tyndall,
Another week has passed without a response from
your agency. As, I have informed you,
conciliation attempts in the past have been useless.

My disability rights continue to be violated on a
daily basis while I live in pain.

If you have no intention of fining my landlord and
forcing them to abide the law, then please tell me
who in the government is responsible for
enforcing the laws that are supposed to protect me.

Has my landlord even been served the complaint I
signed? I thought you said they only had (15 days
+ 30 day extention) 45 days to respond. This,
even after I begged you, based on the extended
history of this battle, not to allow my landlord any
extentions to stall a resolution. It has been more
than the 45 days since I signed the complaint and
returned it to you.

I have to get a second MRI next month, as my
doctor is still trying to understand the blood
anomalies I informed you of. Meanwhile, I know
exactly why I am sick and suffering daily
migraines... my scofflaw neighbor ... and my
hateful, scofflaw landlord who encourages their
behavior.

When is anyone going to help me???????????????

Please don't send me another form letter reply. I
need information.

Kelly MacNeal
507 W 28th St

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian;
Gerald Farr; Maestro West Chelsea SPE LLC (1)

**Events (82)**

|  | |
|---|---|
| | Apt 26D |

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | Telephone |
| Date: | Wed 8/2/2023 |
| Status: | Completed |
| Date Completed: | 8/3/2023 |
| Comments: | @ 3:00 Cp called to say she is still being "abused" and retaliated against. She is saying that her ordeal has negatively impacted her health. I advised Cp that Investigator had been assigned and will get back to her as soon as she could. |

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Thu 8/3/2023 |
| Status: | Completed |
| Date Completed: | 8/4/2023 |
| Comments: | Cp case status inquiry: |

From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Sent: Thursday, August 3, 2023 9:25 PM
To: Tyndall, Candace E (DHR)
<Candace.Tyndall@dhr.ny.gov
<mailto:Candace.Tyndall@dhr.ny.gov>>
Subject: Re: 30 Day Contact: Just Reaching Out
and Conciliation Preference(s) Inquiry - MacNeal
10224864

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

Ms. Tyndall,
You told me on the phone earlier this week that
my case was assigned to an Investigator. Yet, no
one has contacted me, even to follow up on
adding the names I mentioned. What is going on?

Please, tell me how to contact my Investigator.

Thank you,
Kelly MacNeal
212

| | |
|---|---|
| Unit: | Regional |
| Type: | 100 Day Letter Sent |
| SubType: | |
| Date: | Thu 8/3/2023 |
| Status: | Completed |
| Date Completed: | 8/3/2023 |
| Comments: | |

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

**Events (82)**

| | |
|---|---|
| Unit: | Regional |
| Type: | 100 Day Letter Sent |
| SubType: | |
| Date: | Thu 8/3/2023 |
| Status: | Completed |
| Date Completed: | 8/3/2023 |
| Comments: | 100 Day letter sent to all parties. |

Report run on 04/16/2024

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

**Events (82)**

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Sat 8/5/2023 |
| Status: | Completed |
| Date Completed: | 8/31/2023 |
| Comments: | Cp forwarded email communication with Rs: |

> --------- Forwarded message ---------
> From: Mac Mac <macnificent2016@gmail.com
> <mailto:macnificent2016@gmail.com>>
> Date: Sat, Aug 5, 2023, 3:24 AM
> Subject: LEGAL Notice
> To: Arine Gebian <arine@lalezarian.com
> <mailto:arine@lalezarian.com>>, Armina
> Thomas <armina@lalezarian.com
> <mailto:armina@lalezarian.com>>,
> <frank@lalezarian.com
> <mailto:frank@lalezarian.com>>,
> <kevin@lalezarian.com
> <mailto:kevin@lalezarian.com>>
>
> To All Management of 507 W 28th St:
>
> FYI, I just woke up vomiting at 1:30 am  ...
> AGAIN!
>
> I've now lost count if how many times this has
> happened.  At least I didn't have one of those
> seizure-like episodes afterward, but I fear
> drowning in my own vomit like a drug addled
> rockstar.  How ironic, when I take NO
> medication, not even what's legally prescribed for
> my pain.
>
> My life is a misery and no one seems to be able to
> comprehend this fact.
>
> See pictures of my sheet and pillow case....
> though most of it ended up on my nightgown and
> in my hair.
>
> I was up all night last night (and every night this
> week) and, though I can usually sleep when the
> fumes subside by sometime between 6 and 8 am,
> today I stayed up for a phone appointment with
> my lawyer at 11am.  It got delayed several hours
> and I had to remain semi-conscious through the
> day waiting for the call.
>
> I was hoping for a good night's sleep tonight.
> Instead I am up in the middle of the night ...
> AGAIN. .. changing sheets and taking a shower to
> wash my hair.  That's what I get when I just try to
> ignore the fumes and sleep through them.  This, or
> I simply wake in the morning with a migraine so
> bad I can't function.
>
> When will this nightly Hell end?
>
> You can keep ignoring me.  But, you can never

---

Report run on 04/16/2024

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)

**Events (82)**

say in a court that you were unaware of what I have been going through. I am being physically abused and my disability rights violated everynight.

Kelly MacNeal
507 W 28th St
Apt 26D
New York, NY 10001

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Sat 8/5/2023 |
| Status: | Completed |
| Date Completed: | 8/7/2023 |
| Comments: | Cp's case status inquiry: |

On Sat, Aug 5, 2023, 3:30 AM Mac Mac
<macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>> wrote:
Ms Tyndall,
Still no word from you or my assigned
Investigator (whose name and contact I don't have).

I just sent the following communication to my landlord and am forwarding it to you, so you also understand what is happening.

Kelly MacNeal

| | |
|---|---|
| Unit: | HUD Contract |
| Type: | 100 Day Letter |
| SubType: | |
| Date: | Thu 8/24/2023 |
| Status: | Completed |
| Date Completed: | 8/3/2023 |
| Comments: | |

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

## Events (82)

|  |  |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Thu 8/31/2023 |
| Status: | Completed |
| Date Completed: | 8/31/2023 |
| Comments: | Cp's case status inquiry: |

From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Sent: Thursday, August 31, 2023 3:00 AM
To: Tyndall, Candace E (DHR)
<Candace.Tyndall@dhr.ny.gov
<mailto:Candace.Tyndall@dhr.ny.gov>>
Subject: Cp Is Requesting Case Status And That
You Speak With Witness(s) - MacNeal 10224864

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

Ms. Tyndall,
I still have heard nothing from the Investigator
assigned to my case. I need them to speak with
the neighbor who used to live above me. She gave
up fighting the smoke issue and moved out of the
building to protect her children and elderly
mother. The other tenant returned from Japan this
week.

And no one has responded to my request to add
the names of my downstairs neighbor and her
legally residing daughter, as the actual illegal
smoker/vapers harassing me.

Please provide me contact information for my
Investigator.

Have the other parties listed as defendants been
served the complaint yet? And if they were, why
weren't the other names added as I asked?

I threw up 4 times in the past month and continue
to deal with the migraines triggered by the
unlawful smoking and vaping I am being
inundated with all night every night. I still have
to go for a second MRI next month.

Does anyone care how much I am suffering? Is
anyone going to protect my disability rights?
Attached are screenshots from my new air quality
monitor showing the late night smoking activity.
Notice, it's at its highest in the wee hours of the
morning.... as I have always said. And my other
witness will verify.

Kelly MacNeal
917-

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian;
Gerald Farr; Maestro West Chelsea SPE LLC (1)

**Events (82)**

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Sat 9/2/2023 |
| Status: | Completed |
| Date Completed: | 10/12/2023 |
| Comments: | Cp email: |

From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Sent: Saturday, September 2, 2023 8:45 AM
To: Tyndall, Candace E (DHR)
<Candace.Tyndall@dhr.ny.gov
<mailto:Candace.Tyndall@dhr.ny.gov>>
Subject: MacNeal 10224864. Fwd: Video of
Assault by Doorman

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

Ms. Tyndall,
While I wait for your office to contact me with
the name of the Investigator assigned to my case,
my health declines ... and the harassment within
my building escalates.

I was actually physically assaulted by my own
doorman last night. He treats me like I have no
right to live here and regularly refuses to
acknowledge me on any level. And as I said in
my complaint, most of this abuse serves as
retaliation for the complaints I have filed
concerning the smoke and vape fumes and my
disability needs... needs this building just doesn't
want to be bothered with.

And instead of acknowledging my disability
needs, I am labeled a needy, demanding bitch,
giving them a convenient excuse to abuse and
humiliate me on a daily basis.

I am sick, I am in pain and I can not handle the
additional emotional abuse or the fear of where
this is escalating. Everything these people are
doing to me is against the law. When is anyone
going to hold them accountable? When will my
disability needs be honored and when will their
abusive retaliation be stopped.

Please fine these heartless nasty people.

Below is the email I just sent to management with
attached video of the doorman refusing me
service and then hitting me for filming him doing
it.
(I had to extract 3 small snippets from the full
video to fit in the email.)

Kelly MacNeal
917-
MacNeal 10224864

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

Events (82)

---------- Forwarded message ---------
From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Date: Sat, Sep 2, 2023, 7:22 AM
Subject: Assault by Marco
To: Arine Gebian <arine@lalezarian.com
<mailto:arine@lalezarian.com>>, Armina
Thomas <armina@lalezarian.com
<mailto:armina@lalezarian.com>>, Danelis
Henriquez <dhenriquez@lalezarian.com
<mailto:dhenriquez@lalezarian.com>>,
<frank@lalezarian.com
<mailto:frank@lalezarian.com>>,
<kevin@lalezarian.com
<mailto:kevin@lalezarian.com>>

Please find attached video of Marco physically
assaulting me.

I simply went downstairs to get the name of the
guard who I mentioned in my last email. I was
refused the information and was told by Marco
that he didn't have to speak to me.

He kept trying to cover his face with his iPad and
when he got up and came around the desk he hit
me.  My phone went flying across the room.

Kelly MacNeal
507 W 28th St
Apt 26D
New York, NY 10001

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

## Events (82)

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Tue 9/5/2023 |
| Status: | Completed |
| Date Completed: | 10/12/2023 |
| Comments: | Cp's email: |

From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Sent: Tuesday, September 5, 2023 11:01 AM
To: Tyndall, Candace E (DHR)
<Candace.Tyndall@dhr.ny.gov
<mailto:Candace.Tyndall@dhr.ny.gov>>
Subject: Re: MacNeal 10224864 - Other scofflaw
behavior of my landlord

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

Also here is the 421-a fact sheet that explains the
difference in the types of contracts and the
deregulation rules associated with different
parameters.

Kelly MacNeal
MacNeal 10224864

On Tue, Sep 5, 2023, 10:21 AM Mac Mac
<macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>> wrote:
Ms. Tyndall,
In addition to thing's escalating to the point of me
being assaultef by my own doorman,, I just found
the annual registration for my apartment.
(Attached). My landlord is claiming on the form
that my unit is NOT income restricted. See red
highlighted area on form.

Yet, my income was restricted in the lottery
process and I have to continue filling out income
verification forms each years and go through an
inspection process.... (forms attached)

If my apartment is income restricted do to the
421a my landlord has then,
I think my landlord is scamming the system and
falsely reporting the status of this apartment to
DHCR. The purpose would be so he can illegally
deregulate my apartment at the end of the
abatement period. Rent restricted unit remain
affordable through my ENTIRE tenancy... even
after the abatement ends.

If you Google my landlord you will also find he
was sued by the iron workers union for
racketeering.

How many laws will the state allow my landlord
to violate without consequences? Not only is he
never punished, but is rewarded with new
subsidies to build even more buildings... where he

Report run on 04/16/2024

By: GERivera

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)

**Events (82)**

can abuse more tenants.... and get very rich doing it.

Also, is anyone going to contact me for more information? Is anyone going to contact the neighbor who used to live above me and had to move out of the building because of the fumes? She is a witness and the person I was referring to in the video of my assault by my doorman this weekend.

Kelly MacNeal
507 W 28th St
Apt 26D
New York, NY 10001
917-███████
MacNeal 10224864

| | |
|---|---|
| **Unit:** | Regional |
| **Type:** | Complainant Contact |
| **SubType:** | E-mail |
| **Date:** | Thu 9/7/2023 |
| **Status:** | Completed |
| **Date Completed:** | 10/12/2023 |
| **Comments:** | Cp's email: |

From: Mac Mac <macnificent2016@gmail.com>
Sent: Thursday, September 7, 2023 1:08 PM
To: Tyndall, Candace E (DHR)
<Candace.Tyndall@dhr.ny.gov>
Subject: MacNeal 10224864. WHY NO REAPONSE?????

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Ms. Tyndall,
I can not seem to get any response to my emails and you won't answer the phone. I have received two of your form letters in the mail, which have done nothing to address ANYTHING I have been writing you about.

Please respond by email.

And please actually address my issues or tell me who my Investigator is so they can address them.

It does not seem that anything is actually being done to help me. My problems with my landlord are only increasing. And now you, like my landlord, are just ignoring me.

Why has no Investigator contacted me?

Kelly MacNeal
917-███████
MacNeal 10224864

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)

## Events (82)

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Mon 9/11/2023 |
| Status: | Completed |
| Date Completed: | 9/11/2023 |
| Comments: | From: Perlongo, Elena (DHR) |

Sent: Monday, September 11, 2023 12:18 PM
To: macnificent2016@gmail.com
Subject: Kelly MacNeal v Lalezarian Properties
LLC; Frank Lalezarian; Kevin Lalezarian;
Armina Thomas; Jerry Rozkowski; Arine Gebian;
Gerald Farr; Maestro West Chelsea SPE LLC
10224864

Good afternoon, Ms. MacNeal:

I am the assigned investigator to the complaint
you filed against Lalezarian Properties LLC and
their associates. I want to conduct a telephone
interview with you as soon as possible.  What is
your availability this week?

I look forward to hearing from you.

Respectfully,

Elena Perlongo
Human Rights Specialist II
Housing Investigations Unit
New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, NY 10458
Office: 718-741-8265 | Direct: 347-480-7674
Fax: 718-741-8318
Elena.Perlongo@dhr.ny.gov
<mailto:Elena.Perlongo@dhr.ny.gov>
www.dhr.ny.gov <http://www.dhr.ny.gov/>

| | |
|---|---|
| Unit: | Regional |
| Type: | Notation to file |
| SubType: | |
| Date: | Wed 9/13/2023 |
| Status: | Completed |
| Date Completed: | 9/13/2023 |
| Comments: | What is your disability? |

Do you have a treating physician?
Can you complete a HIPAA?
How did you advise Rs that you were disabled?
Provide all written documentation of you requests
to enforce the no smoking policy
Go through each named R
What is the super's name?
Have you contacted the management company
directly or were all communications through he
super?
Please describe what photo depicts
What blood test demonstrates
Are you open to conciliation? Would you want an
apartment transfer to get away from smoking
neighbor?

Report run on 04/16/2024

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

## Events (82)

| | |
|---|---|
| Unit: | Regional |
| Type: | One Party Conference |
| SubType: | Complasinant |
| Date: | Thu 9/14/2023 |
| Status: | Completed |
| Date Completed: | 9/14/2023 |
| Comments: | What is your disability? |

Head injury, broken back in several places,
concussion, fell downstairs, vertigo, migraines
The fumes trigger migraines, agony on daily basis

Neighbor was heating up Fabuloso putting in the
dryer, weird habit
It is not meant to be turned into an air freshener
Went to the ER twice

Smoke is waking her up and making her sick-
could not stand up called ambulance
4 years to get disability- had to sue SSA to get
disability
If you have a college degree harder to get SSD
Ended up in a homeless shelter while waiting for
her benefits
Got her apt in the lottery- she was the most
grateful tenant
2 floods and a leak- lost walls ceiling within first
week she moved in
Lease started 9/27/2017- moved-in

Phone calls to notify- Arine Gebian building
manager March 2018, hospitalized on or about
April 2018
Ongoing last week

Things started getting tense- 19 leaks
They did a mold abatement in the pool room

Reporting to the super- he smokes, he refuses to
enforce it

RA- asking to enforce the no smoking policy
Tried arbitration, to no avail

Do you have a treating physician? Yes
Can you complete a HIPAA?

How did you advise Rs that you were disabled? In
writing

C RFI-Provide all written documentation of you
requests to enforce the no smoking policy-
Lease
Threats of retaliation. Will lose preferential rent
Doctor's note re blood tests/cancer/autoimmune

Go through each named R- Lalezarian's owner- no
direct communications, some emails
Armina Thomas- above Arine- she is supposed to
be the tenant rep; Property Managers supervisor

What is the super's name? Jerry Rozkowski
Gerald Farr- Gerry's assistant

Report run on 04/16/2024

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

Events (82)

Have you contacted the management company
directly or were all communications through the
super?

Super screams at her, calls her a bitch, threatened
to fire 4 doorman who tried to help C, and
assaulted her, can't talk to the doorman, Arine and
Armina said she cannot talk to the doorman. Told
doorman not to take cp from C; threatened to fire
a doorman (Raphael, John)

Please describe what photo depicts- she threw up
What blood test demonstrates? Request dr's note

She had a seizure last year and a couple of months
ago; her whole body is tuning red, she has to sit,
her eyes get tunnel vision, the fumes cause this

Developing an autoimmune disease or cancer,
getting another MRI

Are you open to conciliation? Would you want an
apartment transfer to get away from smoking
neighbor? NO

Assaulted by super, had a meltdown because of c,
they got into a big fight, he said nasty things
about her neighbor above her, she moved to
another unit
Chi is a witness
Qi - 217-898-8093

Report run on 04/16/2024


Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)

Events (82)

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Sun 9/24/2023 |
| Status: | Completed |
| Date Completed: | 10/11/2023 |
| Comments: | From: Mac Mac <macnificent2016@gmail.com> Sent: Sunday, September 24, 2023 6:25 AM To: Perlongo, Elena (DHR) <Elena.Perlongo@dhr.ny.gov> Subject: Re MacNeal 10224864 ... Fwd: For the record ... |

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hello Ms. Perlongo,
It was nice speaking with you the week before last. I haven't forwarded any further documents yet, as I was waiting for you to send me a list of what you needed ... so I could put it all together in one email.

However, I did want to forward you the attached email I just sent to management. It will be ignored like the rest and I will receive no reply from them.
Meanwhile, I continue to suffer in pain and sickness like an abused animal in a cage.

I look forward to hearing from you, and receiving the list of documents you want. Thank you again for your time and your kindness and understanding on the phone.

Sincerely,
Kelly MacNeal
917-
Case 10224864
---------- Forwarded message ---------
From: Mac Mac <macnificent2016@gmail.com <mailto:macnificent2016@gmail.com>>
Date: Sun, Sep 24, 2023, 5:31 AM
Subject: For the record ...
To: Jennifer Ort <jennifer@lalezarian.com <mailto:jennifer@lalezarian.com>>, Armina Thomas <armina@lalezarian.com <mailto:armina@lalezarian.com>>, Arine Gebian <arine@lalezarian.com <mailto:arine@lalezarian.com>>, <frank@lalezarian.com <mailto:frank@lalezarian.com>>, <kevin@lalezarian.com <mailto:kevin@lalezarian.com>>, DMakdulina@Lalezarian.com <mailto:DMakdulina@Lalezarian.com> <DMakdulina@lalezarian.com <mailto:DMakdulina@lalezarian.com>>, Danelis Henriquez <dhenriquez@lalezarian.com <mailto:dhenriquez@lalezarian.com>>

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

## Events (82)

Armina,

It's 4:30 am Saturday night and, just so you know,
I just woke up to vomit... AGAIN. I took
pictures AGAIN, but will spare you the images
for the moment. I have, however, attached
screenshots from my air monitor readings to show
you WHAT is making me sick.

These middle of the night vomit sessions have to
end. I am in misery. Why do I have to live like
this?

The women in 25D have been making me sick
EVERY night for YEARS. My migraines are off
the chart and I am now regularly vomiting several
nights a month. This has to end.

Once again, your refusal to ENFORCE the no-
smoking policy in my lease is, not only violating
my lease, but it is violating my disability rights. I
can not handle these fumes. I have made this
more than clear. I have a head injury. I need
protection from these fume. Why do you refuse
to enforce the policies of this building and ignore
ALL proof that I send you?????

Kelly MacNeal
507 W 28th St
Apt 26D
New York, NY 10001

| | |
|---|---|
| Unit: | All |
| Type: | Determination Due Date |
| SubType: | |
| Date: | Fri 10/6/2023 |
| Status: | Completed |
| Date Completed: | 4/11/2024 |
| Comments: | |

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

## Events (82)

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Tue 10/10/2023 |
| Status: | Completed |
| Date Completed: | 10/12/2023 |
| Comments: | Elena's Note: |

From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Sent: Wednesday, October 11, 2023 10:59 PM
To: Perlongo, Elena (DHR)
<Elena.Perlongo@dhr.ny.gov
<mailto:Elena.Perlongo@dhr.ny.gov>>; Tyndall,
Candace E (DHR) <Candace.Tyndall@dhr.ny.gov
<mailto:Candace.Tyndall@dhr.ny.gov>>; John,
Chelsea (DHR) <Chelsea.John@dhr.ny.gov
<mailto:Chelsea.John@dhr.ny.gov>>
Subject: Re MacNeal 10224864 Application for
Extension of Time for Rebuttal

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

Re: MacNeal 10224864
Application for Extension of Time for Rebuttal

Dear Ms. Perlongo,
The response you just forwarded from my
landlord et al., is from July 17, almost three
months ago and I am now given only 10 business
days to rebut.

My rebuttal will need to be extensive. I am still
under daily (nightly) abuse from the fumes in my
apartment (see attached email) and suffering daily
migraines and difficulty functioning. A letter
from my doctor is also attached. I do not have
any legal assistance and so will need more time to
achieve this task. I wish to get this done as soon
as possible, but it needs to be done correctly in a
manner that will end my nightmare once and for
all.

I have also been in contact with my witness, who
has told me that no one has contacted her from
your office. Nor have I ever received a reply to
the email below or any follow up after our phone
interview.

During the interview several documents were
spoken about and I asked if I should be making a
list of these items to send you. You said that you
were making a list and would let me know what
you needed me to send you. I never received that
list... even after sending the email below.

I was hopeful, after our phone conversation, that
you were going to take my case seriously, but the
subsequent silence has me worrying that my
abuse is just going to continue and my rights are

Report run on 04/16/2024

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

**Events (82)**

non-existent.  The landlord basically said as much in their response.

Please extend my time to construct a proper rebuttal and tell me what is happening with my witness.  I also want copies of security camera video, for which the landlord was sent preservation requests by me.  The videos demonstrate the verbal and emotional abuse and intimidation I have endured.  I also have my own video and audio footage to present.

Also, I previously sent emails to this office about adding my neighbor to the list of respondents... now suggested in my landlords response... but never got any response. (These prior emails were sent to Ms. Tydall in Ms. John's office, as I was instructed to send all communications there prior to case assignment).

In conclusion, please extend my time for rebuttal and aid me, as a pro se claimant, to understand the procedures of the other mentioned issues.

Thank you,
Kelly MacNeal
Case 10224864

Report run on 04/16/2024


**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

### Events (82)

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Wed 10/11/2023 |
| Status: | Completed |
| Date Completed: | 10/18/2023 |
| Comments: | Ms. MacNeal, |

We cannot delay rebuttal submissions based on seeking counsel, though if you obtain counsel, they can submit an amended rebuttal and additional information at that time.

However, I will permit a two week extension from the time the rebuttal is due rather than from the date of your extension request. Please see the letter attached.

As to your last email below, note that Ms. Perlongo is not your personal investigator, and her investigations are not guided by demands of either party. However, she will conduct a full and thorough investigation, as required.

Thank you,

Chelsea L. John
(she/her/hers)
Director of Housing Investigations
New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, NY 10458
(718)
chelsea.john@dhr.ny.gov
<mailto:chelsea.john@dhr.ny.gov>
www.dhr.ny.gov <https://
gcc02.safelinks.protection.outlook.com/?url=http
%3A%2F%2Fwww.dhr.ny.gov
%2F&data=05%7C01%7CChelsea.John
%40dhr.ny.gov
%7Ca6c3b160812144e9f8e608dac05e99f3%7Cf46
%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAil
%7C3000%7C%7C
%7C&sdata=eX5nrYfheh9ob8S6wldgFzsZvatMlA
%3D&reserved=0>
From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Sent: Wednesday, October 18, 2023 3:39 PM
To: John, Chelsea (DHR)
<Chelsea.John@dhr.ny.gov
<mailto:Chelsea.John@dhr.ny.gov>>
Subject: Re: Re MacNeal 10224864 Application
for Extension of Time for Rebuttal

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Also, in the meantime, I hope Ms. Perlongo can interview my witness and get the copies of the security footage I need for my case.

---

Report run on 04/16/2024

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

Events (82)

Thank you again,
Kelly MacNeal

On Wed, Oct 18, 2023, 3:31 PM Mac Mac
<macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>> wrote:
Hello Ms. John,
I am still trying to find my own legal councel and/
or further advice ... in addition to what I stated in
my application. May I please have a 4 week
extention. I've been very patient in getting the
response.
Thank you,
Kelly MacNeal

On Wed, Oct 18, 2023, 2:51 PM John, Chelsea
(DHR) <Chelsea.John@dhr.ny.gov
<mailto:Chelsea.John@dhr.ny.gov>> wrote:
Hi Ms. MacNeal,

I apologize that Ms. Perlongo did not respond to
you. She is currently out of the office. I see that
your rebuttal is not due until October 23, 2023.
How much additional time do you need? We
typically grant extensions up to 14 days.

Thank you,

Chelsea L. John
(she/her/hers)
Director of Housing Investigations
New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, NY 10458
(718)
chelsea.john@dhr.ny.gov
<mailto:chelsea.john@dhr.ny.gov>
www.dhr.ny.gov <https://
gcc02.safelinks.protection.outlook.com/?url=http
%3A%2F%2Fwww.dhr.ny.gov
%2F&data=05%7C01%7CChelsea.John
%40dhr.ny.gov
%7Ca7487c9eaf5842df168108dbd011da8c
%7Cf46cb8ea79004d108ceb80e8c1c81ee7%7C0%
%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAil
%7C3000%7C%7C
%7C&sdata=L0%2F1DTpxSjUwrVNWNItb7lI4Pj

From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Sent: Wednesday, October 18, 2023 2:30 PM
To: Perlongo, Elena (DHR)
<Elena.Perlongo@dhr.ny.gov
<mailto:Elena.Perlongo@dhr.ny.gov>>; Tyndall,
Candace E (DHR) <Candace.Tyndall@dhr.ny.gov
<mailto:Candace.Tyndall@dhr.ny.gov>>; John,
Chelsea (DHR) <Chelsea.John@dhr.ny.gov
<mailto:Chelsea.John@dhr.ny.gov>>
Subject: Re: Re MacNeal 10224864 Application
for Extension of Time for Rebuttal

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

**Events (82)**

Why can't I get a response to the attached application for an extension of time to compose my rebuttal?

No one will answer the phone, return my calls or answer my e-mails. This is the same treatment I get from my landlord... and why I have found it necessary to file against them in the first place.

If you are rejecting my application, please tell me why. The autoreply from Chelsea John's office stating that she is out of the office is not a sufficient answer. If she is not here to approve the application, than please tell me who is?

Thank you,
Kelly MacNeal
917- █████

On Wed, Oct 11, 2023, 10:58 PM Mac Mac
<macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>> wrote:
Re: MacNeal 10224864
Application for Extension of Time for Rebuttal

Dear Ms. Perlongo,
The response you just forwarded from my landlord et al., is from July 17, almost three months ago and I am now given only 10 business days to rebut.

My rebuttal will need to be extensive. I am still under daily (nightly) abuse from the fumes in my apartment (see attached email) and suffering daily migraines and difficulty functioning. A letter from my doctor is also attached. I do not have any legal assistance and so will need more time to achieve this task. I wish to get this done as soon as possible, but it needs to be done correctly in a manner that will end my nightmare once and for all.

I have also been in contact with my witness, who has told me that no one has contacted her from your office. Nor have I ever received a reply to the email below or any follow up after our phone interview.

During the interview several documents were spoken about and I asked if I should be making a list of these items to send you. You said that you were making a list and would let me know what you needed me to send you. I never received that list... even after sending the email below.

I was hopeful, after our phone conversation, that you were going to take my case seriously, but the subsequent silence has me worrying that my abuse is just going to continue and my rights are non-existent. The landlord basically said as much in their response.

Please extend my time to construct a proper

---

Report run on 04/16/2024

LawManager

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)

**Events (82)**

rebuttal and tell me what is happening with my witness. I also want copies of security camera video, for which the landlord was sent preservation requests by me. The videos demonstrate the verbal and emotional abuse and intimidation I have endured. I also have my own video and audio footage to present.

Also, I previously sent emails to this office about adding my neighbor to the list of respondents... now suggested in my landlords response... but never got any response. (These prior emails were sent to Ms. Tydall in Ms. John's office, as I was instructed to send all communications there prior to case assignment).

In conclusion, please extend my time for rebuttal and aid me, as a pro se claimant, to understand the procedures of the other mentioned issues.

Thank you,
Kelly MacNeal
Case 10224864

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | Telephone |
| Date: | Wed 10/18/2023 |
| Status: | Completed |
| Date Completed: | 10/18/2023 |
| Comments: | Requesting an extension. Was advise Investigator was out until Friday. I will reach out to inquire. I offered 2-4 weeks and she wanted the month, however the case is assigned to Elena. I explained that I will follow up after I speak to Director C. John. |

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)

**Events (82)**

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Wed 10/18/2023 |
| Status: | Completed |
| Date Completed: | 10/18/2023 |
| Comments: | Connected Cp to JH re potential RA request- |

Keeping Mr. Herrion apprised of your
communications. Thanks, Ms. MacNeal.

Chelsea L. John
(she/her/hers)
Director of Housing Investigations
New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, NY 10458
(718)
chelsea.john@dhr.ny.gov
<mailto:chelsea.john@dhr.ny.gov>
www.dhr.ny.gov <https://
gcc02.safelinks.protection.outlook.com/?url=http
%3A%2F%2Fwww.dhr.ny.gov
%2F&data=05%7C01%7CChelsea.John
%40dhr.ny.gov
%7Ca6c3b160812144e9f8e608dac05e99f3%7Cf46
%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAil
%7C3000%7C%7C
%7C&sdata=eX5nrYfheh9ob8S6wldgFzsZvatMlA
%3D&reserved=0>
From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Sent: Wednesday, October 18, 2023 4:29 PM
To: John, Chelsea (DHR)
<Chelsea.John@dhr.ny.gov
<mailto:Chelsea.John@dhr.ny.gov>>
Subject: Re: Re MacNeal 10224864 Application
for Extension of Time for Rebuttal

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

To be clear. You have denied me the requested
accomodation and are making me appeal to
another department.    Let's hope your disability
department takes the protections I am supposed
to have more seriously than you.

On Wed, Oct 18, 2023, 4:18 PM John, Chelsea
(DHR) <Chelsea.John@dhr.ny.gov
<mailto:Chelsea.John@dhr.ny.gov>> wrote:
Ms. MacNeal,

You have not been denied an accommodation.
Mr. Herrion will respond to your message and
engage in the interactive process with you
directly.

You received priority investigator assignment in
our office to a supervisor investigator. We will
not disclose other information about the

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)

Events (82)

investigation, though Ms. Perlongo will reach out
to you if she needs any additional information
about your witness or additional evidence.

Ms. Perlongo will review your rebuttal, should
you choose to submit one.

Thank you,

Chelsea L. John
(she/her/hers)
Director of Housing Investigations
New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, NY 10458
(718)
chelsea.john@dhr.ny.gov
<mailto:chelsea.john@dhr.ny.gov>
www.dhr.ny.gov <https://
gcc02.safelinks.protection.outlook.com/?url=http
%3A%2F%2Fwww.dhr.ny.gov
%2F&data=05%7C01%7CChelsea.John
%40dhr.ny.gov
%7Ce25a28a252104059834008dbd0190b4b
%7Cf46cb8ea79004d108ceb80e8c1c81ee7%7C0%
%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAil
%7C3000%7C%7C
%7C&sdata=MFzJVw7trMZDOi3CkFZFwmeuoJr
%2BfhboQD6hlu5cmgE%3D&reserved=0>
From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Sent: Wednesday, October 18, 2023 4:11 PM
To: John, Chelsea (DHR)
<Chelsea.John@dhr.ny.gov
<mailto:Chelsea.John@dhr.ny.gov>>
Subject: Re: Re MacNeal 10224864 Application
for Extension of Time for Rebuttal

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

I just left him a voicemail. You really are like my
landlord. First you ignore me ... and then you
deny me a disability accommodation.

I've been waiting on your office since April. And
now you just want to close out my case without
helping me in anyway.

If you refuse to help me, this is going back to
HUD. But, I may make a stop at Leticia James
office first, since the abuse I am suffering is
actually criminal. I have been verbally abused
and and made to feel unsafe and the warranty of
habitability issue have constructively evicted me
from my apartment and ACTUALLY caused a
physical eviction of my witness.

Kelly MacNeal

On Wed, Oct 18, 2023, 3:50 PM John, Chelsea
(DHR) <Chelsea.John@dhr.ny.gov
<mailto:Chelsea.John@dhr.ny.gov>> wrote:

LawManager

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

**Events (82)**

Hi Ms. MacNeal,

If you need a reasonable accommodation for a
disability, you can contact John Herrion, Director
of Disability Rights, cc'd here. Mr. Herrion will
communicate to us additional accommodation
needs and advise how to proceed.

Here is his contact-

John Herrion
Director, Disability Rights
Voice: 718-
TTY: 718-741-8300
e-mail: john.herrion@dhr.ny.gov
<mailto:john.herrion@dhr.ny.gov>
e-mail: accessibility@dhr.ny.gov
<mailto:accessibility@dhr.ny.gov>

Best regards,

Chelsea L. John
(she/her/hers)
Director of Housing Investigations
New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, NY 10458
(718)
chelsea.john@dhr.ny.gov
<mailto:chelsea.john@dhr.ny.gov>
www.dhr.ny.gov <https://
gcc02.safelinks.protection.outlook.com/?url=http
%3A%2F%2Fwww.dhr.ny.gov
%2F&data=05%7C01%7CChelsea.John
%40dhr.ny.gov
%7Ce25a28a25210405983400 8dbd0190b4b
%7Cf46cb8ea79004d108ceb80e8c1c81ee7%7C0%
%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAil
%7C3000%7C%7C
%7C&sdata=MFzJVw7trMZDOi3CkFZFwmeuoJr
%2BfnboQD6hlu5cmgE%3D&reserved=0>
From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Sent: Wednesday, October 18, 2023 3:47 PM
To: John, Chelsea (DHR)
<Chelsea.John@dhr.ny.gov
<mailto:Chelsea.John@dhr.ny.gov>>
Subject: Re: Re MacNeal 10224864 Application
for Extension of Time for Rebuttal

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

My request for extention is based on my
application... i was just added more information.
I am requesting the extention based on my
disability struggles.

And are you telling me that your office is refusing
to speak to my witness?

Kelly MacNeal

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)

Events (82)

//

And... when I BEGGED you on the phone not to let my landlord drag things out and extend their time for replying, you told me they MUST be given a 30 day extention if asked. And now you are denying me the same. They have lawyers. I am disabled by a head injury causing migraines and dealing with toxic fumes in my apartment.

| | |
|---|---|
| Unit: | Regional |
| Type: | Response Received from Respondent |
| SubType: | |
| Date: | Fri 10/20/2023 |
| Status: | Completed |
| Date Completed: | 10/20/2023 |
| Comments: | |

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | Telephone |
| Date: | Mon 10/23/2023 |
| Status: | Completed |
| Date Completed: | 10/23/2023 |
| Comments: | Spoke with C. on 10/18 about her request for a 30 day extension to submit her rebuttal to accommodate her disability. I asked her to submit the same in writing and updated Chelsea. |

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Mon 10/23/2023 |
| Status: | Completed |
| Date Completed: | 10/23/2023 |
| Comments: | Reviewed C.'s submission for a 30 day extension to submit her rebuttal as an RA. Shared the same with Chelsea who agreed to allow one time 30 day extension. I advised C. of the same. |


Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)

## Events (82)

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Mon 10/23/2023 |
| Status: | Completed |
| Date Completed: | 10/23/2023 |
| Comments: | From: Mac Mac <macnificent2016@gmail.com> |

Sent: Wednesday, October 11, 2023 10:59 PM
To: Perlongo, Elena (DHR)
<Elena.Perlongo@dhr.ny.gov>; Tyndall, Candace
E (DHR) <Candace.Tyndall@dhr.ny.gov>; John,
Chelsea (DHR) <Chelsea.John@dhr.ny.gov>
Subject: Re MacNeal 10224864 Application for
Extension of Time for Rebuttal

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

Re:  MacNeal 10224864
Application for Extension of Time for Rebuttal

Dear Ms. Perlongo,
The response you just forwarded from my
landlord et al., is from July 17, almost three
months ago and I am now given only 10 business
days to rebut.

My rebuttal will need to be extensive.  I am still
under daily (nightly) abuse from the fumes in my
apartment (see attached email) and suffering daily
migraines and difficulty functioning.  A letter
from my doctor is also attached.  I do not have
any legal assistance and so will need more time to
achieve this task.  I wish to get this done as soon
as possible, but it needs to be done correctly in a
manner that will end my nightmare once and for
all.

I have also been in contact with my witness, who
has told me that no one has contacted her from
your office.  Nor have I ever received a reply to
the email below or any follow up after our phone
interview.

During the interview several documents were
spoken about and I asked if I should be making a
list of these items to send you.  You said that you
were making a list and would let me know what
you needed me to send you.  I never received that
list... even after sending the email below.

I was hopeful, after our phone conversation, that
you were going to take my case seriously, but the
subsequent silence has me worrying that my
abuse is just going to continue and my rights are
non-existent.  The landlord basically said as
much in their response.

Please extend my time to construct a proper
rebuttal and tell me what is happening with my
witness.  I also want copies of security camera

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)

Events (82)

video, for which the landlord was sent
preservation requests by me. The videos
demonstrate the verbal and emotional abuse and
intimidation I have endured. I also have my own
video and audio footage to present.

Also, I previously sent emails to this office about
adding my neighbor to the list of respondents...
now suggested in my landlords response... but
never got any response. (These prior emails were
sent to Ms. Tydall in Ms. John's office, as I was
instructed to send all communications there prior
to case assignment).

In conclusion, please extend my time for rebuttal
and aid me, as a pro se claimant, to understand the
procedures of the other mentioned issues.

Thank you,
Kelly MacNeal
Case 10224864

---------- Forwarded message ---------
From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Date: Sun, Sep 24, 2023, 6:24 AM
Subject: Re MacNeal 10224864 ... Fwd: For the
record ...
To: Perlongo, Elena (DHR)
<ELENA.PERLONGO@dhr.ny.gov
<mailto:ELENA.PERLONGO@dhr.ny.gov>>

Hello Ms. Perlongo,
It was nice speaking with you the week before
last. I haven't forwarded any further documents
yet, as I was waiting for you to send me a list of
what you needed ... so I could put it all together in
one email.

However, I did want to forward you the attached
email I just sent to management. It will be
ignored like the rest and I will receive no reply
from them.
Meanwhile, I continue to suffer in pain and
sickness like an abused animal in a cage.

I look forward to hearing from you, and receiving
the list of documents you want. Thank you again
for your time and your kindness and
understanding on the phone.

Sincerely,
Kelly MacNeal
917[redacted]
Case 10224864

---------- Forwarded message ---------
From: Mac Mac <macnificent2016@gmail.com
<mailto:macnificent2016@gmail.com>>
Date: Sun, Sep 24, 2023, 5:31 AM
Subject: For the record ...
To: Jennifer Ort <jennifer@lalezarian.com
<mailto:jennifer@lalezarian.com>>, Armina
Thomas <armina@lalezarian.com

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)

Events (82)

<mailto:armina@lalezarian.com>>, Arine Gebian
<arine@lalezarian.com
<mailto:arine@lalezarian.com>>,
<frank@lalezarian.com
<mailto:frank@lalezarian.com>>,
<kevin@lalezarian.com
<mailto:kevin@lalezarian.com>>,
DMakdulina@Lalezarian.com
<mailto:DMakdulina@Lalezarian.com>
<DMakdulina@lalezarian.com
<mailto:DMakdulina@lalezarian.com>>, Danelis
Henriquez <dhenriquez@lalezarian.com
<mailto:dhenriquez@lalezarian.com>>

Armina,
It's 4:30 am Saturday night and, just so you know,
I just woke up to vomit... AGAIN. I took
pictures AGAIN, but will spare you the images
for the moment. I have, however, attached
screenshots from my air monitor readings to show
you WHAT is making me sick.

These middle of the night vomit sessions have to
end. I am in misery. Why do I have to live like
this?

The women in 25D have been making me sick
EVERY night for YEARS. My migraines are off
the chart and I am now regularly vomiting several
nights a month. This has to end.

Once again, your refusal to ENFORCE the no-
smoking policy in my lease is, not only violating
my lease, but it is violating my disability rights. I
can not handle these fumes. I have made this
more than clear. I have a head injury. I need
protection from these fume. Why do you refuse
to enforce the policies of this building and ignore
ALL proof that I send you?????

Kelly MacNeal
507 W 28th St
Apt 26D
New York, NY 10001

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)

**Events (82)**

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Tue 12/5/2023 |
| Status: | Completed |
| Date Completed: | 12/5/2023 |
| Comments: | From: Mac Mac <macnificent2016@gmail.com> |

Sent: Wednesday, November 29, 2023 5:36 PM
To: Perlongo, Elena (DHR)
<Elena.Perlongo@dhr.ny.gov>
Subject: Fair Housing Act - Second-hand smoke
and persons with disabilities

ATTENTION: This email came from an external
source. Do not open attachments or click on links
from unknown senders or unexpected emails.

Dear Ms. Perlongo,

My rebuttal in in the mail and scheduled to be
delivered Friday.

Thank you so much for your patience.

The document attached here is also attached to
my rebuttal, but I would like to draw special
attention to it.
I have been told by too many people that I don't
have enforceable rights on the smoking issue.
This simply is not true. I have very specific rights
regarding my disabilities. The migraines and
vertigo and vomiting and mysterious seizure-like
attacks caused by the fumes, which have been so
egregiously effecting my head injury disability,
have completely destroyed my ability to function
in daily life and have required numerous trips to
doctors and hospitals. This meets the
requirements outlined in the attached document.
If necessary I hope you will involve the Disability
Rights Department of your agency as this issue
overlaps both your departments.

I also attached here The Tenant's Right Guide
published by Attorney General Latitia James
office. It includes updated laws and I drew on it
for language in my rebuttal concerning
harassment.

Ultimately, I need you to use the powers given the
state to fine my landlord for, SO
INTENTIONALLY, violating my disability rights
and showing such contempt while doing it. My
rebuttal was barely able to scratch the surface of
my daily torment. My landlord must be forced to
take the fumes problem seriously and resolve it or
face financial sanctions. They also need to take
the chronically broken disability doors seriously
and know the penalty for mocking and
humiliating a disabled person for needing them...
or needing anything else that they are required to
provide.

Report run on 04/16/2024

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

**Events (82)**

Their contempt has left me deeply scarred,
emotionally, and cause unbelievably humiliating
public embarassment while I've been forced to
make countless tearful pleas for help to end the
cause of unbearable physical pain. For that
reason, I hope the state also asks my landlord to,
not only repay my costs for air quality monitors
and air purifiers and such, but forces them to pay
punitive damages to me for 6 years of emotional
abuse, causing physical pain and suffering and
permanent damage to my physical and mental
health.

Thank you,
Kelly MacNeal
917-▮▮▮▮▮
Case 10224864

Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)

**Events (82)**

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Wed 1/17/2024 |
| Status: | Completed |
| Date Completed: | 1/17/2024 |
| Comments: | From: Mac Mac <macnificent2016@gmail.com>
Sent: Wednesday, January 17, 2024 1:22 PM
To: Perlongo, Elena (DHR)
<Elena.Perlongo@dhr.ny.gov>
Subject: Case # 10224864

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Hello Ms. Perlongo,

Happy New Year to you too! And thank you for responding. I hope I (and some of my other neighbors) will find some peace and justice in this coming year.

But, I have to ask, before you complete your report... did you interview Qi... the upstairs neighbor who was constructively evicted because of the fumes?

Qi's phone: 217-███

And please don't leave out the parts about the broken disability doors and such. I know I concentrate on the fumes because they make my life so unbearable, but the chronic violations are more than that one issue. And because of that, I apologize about the need for the length of my rebuttal.

I rely on you to help me (and my other neighbors).

Thank you for your kind attention.

Sincerely,
Kelly MacNeal
Case # 10224864 |
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | Telephone |
| Date: | Thu 3/14/2024 |
| Status: | Completed |
| Date Completed: | 3/14/2024 |
| Comments: | complainant wanted update on the status of her case transferred call to Investigator Elena |

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

## Events (82)

| | |
|---|---|
| Unit: | Regional |
| Type: | Serve No Probable Cause Determination |
| SubType: | |
| Date: | Thu 4/11/2024 |
| Status: | Completed |
| Date Completed: | 4/15/2024 |
| Comments: | |

| | |
|---|---|
| Unit: | HUD Contract |
| Type: | Determination/Closing Notification (HCU) |
| SubType: | |
| Date: | Thu 4/11/2024 |
| Status: | Pending |
| Date Completed: | |
| Comments: | |

| | |
|---|---|
| Unit: | Regional |
| Type: | No Probable Cause Determination Issued |
| SubType: | |
| Date: | Thu 4/11/2024 |
| Status: | Completed |
| Date Completed: | 4/11/2024 |
| Comments: | |

| | |
|---|---|
| Unit: | Regional |
| Type: | Transfer Closed File to File Room |
| SubType: | |
| Date: | Mon 4/15/2024 |
| Status: | Pending |
| Date Completed: | |
| Comments: | |

Report run on 04/16/2024

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Armina Thomas; Jerry Rozkowski; Arine Gebian; Gerald Farr; Maestro West Chelsea SPE LLC (1)**

| Events (82) | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | E-mail |
| Date: | Tue 4/16/2024 |
| Status: | Completed |
| Date Completed: | 4/16/2024 |
| Comments: | From: Perlongo, Elena (DHR) |

Sent: Tuesday, April 16, 2024 10:06 AM
To: Mac Mac <macnificent2016@gmail.com>
Subject: RE: Determination 10224864

Good morning, Ms. MacNeal:

You have the right to appeal DHR's
determination. Please refer to the closing packet
you received for more information on how to file
an appeal.

Respectfully,

Elena Perlongo
Human Rights Specialist II
Housing Investigations Unit
New York State Division of Human Rights
One Fordham Plaza, 4th Floor
Bronx, NY 10458
Office: 718-▮▮▮▮    | Direct: 347▮▮▮▮
Fax: 718-741-8318
Elena.Perlongo@dhr.ny.gov
<mailto:Elena.Perlongo@dhr.ny.gov>
www.dhr.ny.gov <http://www.dhr.ny.gov/>

| | |
|---|---|
| Unit: | All |
| Type: | Commissioner's Order Due Date |
| SubType: | |
| Date: | Mon 6/24/2024 |
| Status: | Cancelled |
| Date Completed: | |
| Comments: | |

Report complete. Number of main records listed: 1

Report run on 04/16/2024