LawManager

**NY DHR**
**EVENT HISTORY WITH COMMENTS**

**Name: Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Maestro West Chelsea SPE LLC; Arine Gebian; Gerald Farr (1)**

| Complaint ID | Complaint Code | Date Filed | Investigating Office | HRS |
|---|---|---|---|---|
| 10224994 | 23-H-D-H | 4/10/2023 | Housing Investigation Un | Chelsea L. John |

LawManager

**NY DHR**
**EVENT HISTORY WITH COMMENTS**

**Name:** Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Maestro West Chelsea SPE LLC; Arine Gebian; Gerald Farr (1)

**Events (10)**

| | |
|---|---|
| Unit: | Regional |
| Type: | Complaint Filed |
| SubType: | |
| Date: | Mon 4/10/2023 |
| Status: | Completed |
| Date Completed: | 4/28/2023 |
| Comments: | |

| | |
|---|---|
| Unit: | Regional |
| Type: | Serve Complaint on Respondent |
| SubType: | |
| Date: | Mon 4/10/2023 |
| Status: | Cancelled |
| Date Completed: | |
| Comments: | |

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | Telephone |
| Date: | Mon 5/1/2023 |
| Status: | Completed |
| Date Completed: | 5/2/2023 |
| Comments: | @9:03 Cp called from T: 917/[redacted] to say: she is experiencing a "lot of pain and does not know how long she can go on" concerning her experiences with the Rs.

She wanted to know if case could be expedited. I told her we are short staffed and backlogged. I also told her that I am not sure about expediting case assignment, but I would direct her concerns to Chelsea J.

She has no email. |

| | |
|---|---|
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | Telephone |
| Date: | Tue 5/2/2023 |
| Status: | Completed |
| Date Completed: | 5/2/2023 |
| Comments: | 10:40 Cp called from T: 917/[redacted] to say: she is pleading for someone to help her. She even mentioned that she was on a suicide watch April of 2022. She had to have a welfare check because her "neighbors have abused her" and called her names. She previously was in a market rate apartment but lost it and had to go to a shelter. She is in a disability apartment.

I assured Cp that I would pass her message along again to Ms. Chelsea J to see if case could be expedited. |

| | |
|---|---|
| Unit: | Regional |
| Type: | Non-Party Contact |
| SubType: | Telephone |
| Date: | Tue 5/2/2023 |
| Status: | Completed |
| Date Completed: | 5/2/2023 |
| Comments: | 05/02/23 at 4:30 PM: CJ called 10th Precinct at (212) 741-8211 to request a welfare check for Cp. Operator took down information and confirmed that they would send a car over today. CJ provided call-back number. |

LawManager®

**NY DHR**
**EVENT HISTORY WITH COMMENTS**

**Name:** Kelly MacNeal v Lalezarian Properties LLC; Frank Lalezarian; Kevin Lalezarian; Maestro West Chelsea SPE LLC; Arine Gebian; Gerald Farr (1)

| | |
|---|---|
| **Events (10)** | |
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | Telephone |
| Date: | Wed 5/3/2023 |
| Status: | Completed |
| Date Completed: | 5/3/2023 |
| Comments: | @ 9:00 Cp called from T: 917/[redacted] to express concerns as to why a welfare check was done for her yesterday evening. She reiterated that "neighbors have abused her" and called her names. She wanted to know when someone from the Division would "help" her.<br><br>I tried reminding her of yesterday morning's frantic call. She mentioned that she was on a suicide watch April of 2022 and expressed that she "did not know how much more she could take." I tried to assure her that we were worried about her and did not mean to "traumatize" her.<br><br>I assured Cp that I did pass her message along again to Ms. Chelsea J. But case could not be expedited because of short-staff and backlog of cases. |
| Unit: | Regional |
| Type: | Complainant Contact |
| SubType: | Telephone |
| Date: | Wed 5/3/2023 |
| Status: | Completed |
| Date Completed: | 5/3/2023 |
| Comments: | @ 9:15 Chelsea J. came to the phone to speak with Cp (email: macnificent2016@gmail.com).<br><br>Cp revealed that she has a: chemical sensitivity ] - migraines and TBI. Neighbors vape from 11:00pm-8:00am daily. She feels harassed and was called a "b-word".<br><br>Chelsea J restated to Cp that she needed to be patient and explained the process. Cp mentioned that she is suing CCHR.<br><br>Chelsea J offered Reasonable Accommodation as an option for the TBI. She asked Cp to let us know when she is ready to tell us. |
| Unit: | Regional |
| Type: | Void |
| SubType: | |
| Date: | Wed 5/17/2023 |
| Status: | Completed |
| Date Completed: | 5/17/2023 |
| Comments: | same case as 10224864 |
| Unit: | All |
| Type: | Determination Due Date |
| SubType: | |
| Date: | Fri 10/6/2023 |
| Status: | Pending |
| Date Completed: | |
| Comments: | |
| Unit: | All |
| Type: | Commissioner's Order Due Date |
| SubType: | |
| Date: | Mon 6/24/2024 |
| Status: | Pending |
| Date Completed: | |
| Comments: | |

Report run on 04/04/2025                                                                                                                                                                                                                                      3

By: ctyndall

**NY DHR**
**EVENT HISTORY WITH COMMENTS**

Report complete. Number of main records listed: 1