UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KELLY MACNEAL,

                        Plaintiff,                        **ORDER**

                 -against-                  **24-CV-6017 (LGS) (JW)**

STATE OF NEW YORK *et al.*,

                       Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of a series of letters via email and filed on the docket. See Dkt. Nos. 84–85. The Parties are ordered to appear for an in-person status conference on **June 10, 2025, at 10:30 AM**. The conference will take place in Courtroom 228, Thurgood Marshall Courthouse 40 Foley Square, New York, NY. The Parties should arrive to the conference prepared to discuss potential discovery and the Court's forthcoming decision on whether to convert the State Defendants motion to dismiss into a motion for summary judgment.

      SO ORDERED.

DATED:    New York, New York
              May 22, 2025

                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge