UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KELLY MACNEAL,

                                    Plaintiff,

           -against-

**NOTICE OF APPEARANCE**

24 Civ. 6017 (LGS) (JW)

STATE OF NEW YORK, et al.,

                                    Defendants.

------------------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for the City of New York, Chandler Castro, John Corde, Christian Orellana, Jose Quintuna-Guaman, and Ryan Stack.[1]

---

[1] John Corde appears on the docket as "John Cordero," and Jose Quintuna-Guaman appears on the docket as "Jose Quintuana-Guaman." This filing uses the correct spellings as originally provided in the City's Valentin response. (ECF No. 17.)

- 2 -

All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated:     New York, NY
           August 15, 2025

          MURIEL GOODE-TRUFANT
          Corporation Counsel of the City of
            New York
          *Attorney for Defendants City, Castro, Corde, Orellana, Quintuna-Guaman, and Stack*
          100 Church Street
          New York, NY 10007
          P: (212) 356-2670

          By:   *John McLaughlin /s/*
                 John McLaughlin
                 *Assistant Corporation Counsel*

Cc:   **VIA ECF AND E-MAIL**
      Kelly MacNeal
      507 W 28th Street
      Apt. 26D
      New York, NY 10001
      Email: Macnificent2016@gmail.com
      *Plaintiff Pro Se*

      Elizabeth Anne Figueira
      New York State Office of the Attorney General (28 Liberty)
      28 Liberty Street, 15th Floor
      New York, NY 10005
      (212) 416-8528
      Fax: (212) 416-6009
      Email: elizabeth.figueira@ag.ny.gov
      *Attorney for Codefendants*