UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY MACNEAL,<br><br>           Plaintiff,<br>v.<br><br>THE STATE OF NEW YORK, THE CITY OF NEW YORK, CHELSEA JOHN, GINA MARTINEZ, ELENA PERLONGO, JOHN HERRION, CANDACE TYNDALL, ELIZABETH ORTIZ, JOHN CORDE, GREY CASTRO, CHRISTIAN ORELLANA, JOSE QUINTUNA-GUAMAN, FRANK TARSILLO AND RYAN STACK,<br><br>      Defendants. | No. 24-cv-06017 (LGS)(JW)<br><br>**CERTIFICATE OF SERVICE** |

      I, Elizabeth A. Figueira, certify that on August 15, 2025, I served the Reply Memorandum of Law in Support of State Defendants' Motion to Dismiss on Plaintiff Kelly MacNeal by email to macnificent2016@gmail.com on behalf of the State Defendants.

Dated:  New York, New York
         August 15, 2025

                                            LETITIA JAMES
                                            Attorney General
                                            State of New York
                                            *Attorney for the State Defendants*

                                  By:  /s/ *Elizabeth A. Figueira*
                                            Elizabeth A. Figueira
                                            Assistant Attorney General
                                            28 Liberty Street
                                            New York, NY 10005
                                            Phone: (212) 416-8528
                                            Email: Elizabeth.Figueira@ag.ny.gov