UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
KELLY MACNEAL,                                          :
                                                        :    Case No. 1:24-cv-06017 (LGS) (JW)
          Plaintiff,                                    :
                                                        :
   -against-                                            :
                                                        :    MOTION FOR LEAVE TO FILE
STATE OF NEW YORK, CITY OF NEW YORK,                    :    SUR-REPLY
 et al.,                                                :
                                                        :
          Defendants.                                   :
------------------------------------------------------------x

NOTICE OF MOTION

PLEASE TAKE NOTICE that, pursuant to the Court's inherent authority and the Local Rules of the Southern District of New York, Plaintiff Kelly MacNeal, pro se, will move this Court on August 26, 2025, or as soon thereafter as counsel may be heard, for an order granting leave to file the attached proposed sur-reply in opposition to both the City and State Defendants' Reply Memoranda (Dkt. 107 & 108). The proposed sur-reply is narrowly tailored to address specific new arguments and factual assertions raised for the first time in Defendants' Replies, including allegations that Plaintiff relied on fabricated authorities and new legal assertions not presented in Defendants' opening briefs. The Motion is supported by the accompanying Declaration of Plaintiff, filed concurrently.

This motion is based on this Notice of Motion, the Memorandum of Law below, the attached proposed sur-reply (Exhibit A), the Declaration of Kelly MacNeal (Exhibit B),the pleadings and papers on file in this action, and any oral argument the Court may permit.

MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE SUR-REPLY

PRELIMINARY STATEMENT

Defendants' Reply Memoranda (Dkt. 107 & 108) introduce new arguments and factual assertions not included in their opening briefs, including serious allegations that Plaintiff cited nonexistent or fabricated authorities. Because those matters were first presented in replies and could materially affect the Court's evaluation of Plaintiff's Opposition, Plaintiff respectfully seeks leave to file a brief sur-reply limited to (1) correct the record regarding certain cited authorities, (2) provide accurate, on-point substitute authorities, (3) address mischaracterizations of Plaintiff's requested injunctive relief and 4) addressing why dismissal is not warranted at the pleading stage due to disputed factual assertions based on

supporting documentation and pro se Plaintiff's best effort to present her case, without legal assistance,.

ARGUMENT

1. A Sur-Reply Is Appropriate Where a Reply Brief Raises New Matters

Courts in this District routinely permit limited sur-replies where the moving party's reply brief raises new arguments or introduces new evidence not previously presented in the opening brief. See Trinity v. Lederle Labs., 657 F. Supp. 1212, 1215 (S.D.N.Y. 1987); Smith v. N.Y.C. Dep't of Corr., No. 09 Civ. 3249, 2011 WL 2436969, at *1 (S.D.N.Y. June 15, 2011); In re Quintas, No. 02 Civ. 3569, 2005 WL 3591523, at *2 (S.D.N.Y. Dec. 30, 2005). Allowing a focused sur-reply in such circumstances ensures that the Court has a complete and fair record before deciding the motion.

2. Defendants' Replie Raise New and Material Allegations

Defendants' Replies go beyond the arguments contained in their opening brief by (a) asserting that Plaintiff relied on "nonexistent" authorities and alleging those citations constitute fabrication or extreme carelessness; and (b) invoking additional authorities and characterizations not previously argued. Such new, potentially dispositive allegations warrant a short response.

3. The Proposed Sur-Reply Is Narrow, Timely, and Will Aid the Court

The attached proposed sur-reply (Exhibit A) is limited to five pages and addresses only the new matters raised in Defendants' Replies: correcting or substituting accurate authorities for any imprecisely cited cases; explaining why the characterization of "fabrication" is unwarranted and premature absent a Rule 11 motion or factual showing; and briefly demonstrating that Plaintiff's Amended Complaint plausibly pleads Monell claims.  The Declaration of Plaintiff (Exhibit B) documents the inadvertent nature of the error and Plaintiff's disability-related reliance on limited outside assistance, which counsels in favor of allowing a corrective filing.  Granting leave will aid the Court and promote a complete record without prejudicing Defendants.

4. Granting Leave Will Not Prejudice Defendants

Permitting this limited filing will not prejudice Defendants. The proposed sur-reply is concise and confined to matters raised for the first time in reply. Allowing Plaintiff to correct the record and provide proper citations serves judicial economy and fairness.

CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant leave to file the proposed sur-reply (attached as Exhibit A) and accept the attached sur-reply in opposition to Defendants' Replies (Dkt. 107 & 108) and consider the Declaration of Kelly MacNeal (Exhibit B) in support of this request.  In the alternative, Plaintiff requests that the

Court consider this memorandum in lieu of formal sur-reply and deny Defendants' motion to dismiss or defer ruling pending limited Monell-related discovery.

Dated: August 26, 2025
New York, New York

                                                    Respectfully Submitted,

                                                    Kelly MacNeal
                                                    507 W 28th St
                                                    Apt 26D
                                                    New York, NY 10001
                                                    212-581-3223
                                                    *Pro se Plaintiff*

Cc:   **VIA ECF**
       Elizabeth Anne Figueira
       New York State Office of the Attorney General (28 Liberty)
       28 Liberty Street, 15th Floor
       New York, NY 10005
       Tel.:   (212) 416-8528 Fax:   (212) 416-6009
       Email: elizabeth.figueira@ag.ny.gov
       *Attorney for Codefendant State of New York*

       Joseph Zangrilli
       New York City Law Department
       100 Church Street
       New York, NY 10007
       (212) 356-2657
       jzangril@law.nyc.gov
       *Attorney for Codefendant City of New York  -  Senior Counsel*

       Jack McLaughlin
       New York City Law Department
       100 Church Street
       New York, NY 10007
       (212) 356-2670
       jmclaugh@law.nyc.gov
       *Attorney for Codefendant City of New York - Assistant Corporation Counsel*

EXHIBITS

Exhibit A — Proposed Sur-Reply Memorandum of Law in Opposition to City Defendants' Replies (Dkt. 107 & 108)
Exhibit B — Declaration of Kelly MacNeal