EXHIBIT B

DECLARATION OF KELLY MACNEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
KELLY MACNEAL,                                  :
                                                :   Case No. 1:24-cv-06017 (LGS) (JW)
         Plaintiff,                             :
                                                :   DECLARATION OF
    -against-                                   :   KELLY MACNEAL
                                                :
CITY OF NEW YORK, et al.,                       :
                                                :
         Defendants.                            :
------------------------------------------------------------x

I, Kelly MacNeal, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the plaintiff in this action, proceeding pro se.

2. I prepared and filed briefings in this case with limited outside assistance in researching and formatting court papers. In drafting oppositions to motions to dismiss and related filings, I relied on secondary assistance that unfortunately resulted in incorrect citations being included in those document.

3. Upon learning of the errors, I am promptly attempting to corrected the record, withdraw the incorrect citations, and submit accurate substitute authorities. I have not intentionally presented false or fabricated authority to the Court.

4. I am a person with a disability and relied on outside assistance because of limitations that make some aspects of legal research and document preparation difficult for me to complete without help. My reliance on Artificial Intelligence was not intended to mislead the Court.

5. The documents submitted to the Court where first passed through the Pro Se Clinic for review and cleared for submission without any indication that a few of the citations were problematic.

6. Plaintiff has requested pro bono assistance, due to her disability and inability to afford council, but has been denied such help by the Court, the Pro Se Clinic and numerous Legal Aid and Disability Rights outlets.  She has been left to fend for herself as best she can.

7. Even while attempting to submit this document, in response to the Defendant's Replies, Plaintiff was impeded and delayed by her infirmity, characterized by severe migraines … continually triggered by the nightly assault of fumes entering her apartment in violation of her disability rights.  This is the very issue at the heart of Plaintiff's case.  It exemplifies the interference in her daily activities and ability to function; parameters, which define one's right to a disability accommodation.

8. Plaintiff continues to seek enforcement of her disability rights while being able to demonstrably show her need for the FHA protections being denied her due, materially, to both the City and State's failure to enforce the law on her lawless landlord.

9. Without the Court's intervention this abuse and harm to Plaintiff will continue.

10. Due to these factors, I respectfully request the Court's leniency and permission to correct the record through the concurrently filed Motion for Leave to File Sur-Reply and the attached sur-reply, and I apologize for any confusion the inadvertent citation errors may have caused.

I declare under penalty of perjury that the foregoing is true and correct.
Dated: August 26, 2025
New York, New York

Respectfully Submitted,

Kelly MacNeal
507 W 28th St
Apt 26D
New York, NY 10001
212-581-3223
*Pro se Plaintiff*

Cc: **VIA ECF**

Elizabeth Anne Figueira
New York State Office of the Attorney General (28 Liberty)
28 Liberty Street, 15th Floor
New York, NY 10005
Tel.:   (212) 416-8528 Fax:   (212) 416-6009
Email: elizabeth.figueira@ag.ny.gov
*Attorney for Codefendant State of New York*

Joseph Zangrilli
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2657
jzangril@law.nyc.gov
*Attorney for Codefendant City of New York  -  Senior Counsel*

Jack McLaughlin
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov
*Attorney for Codefendant City of New York - Assistant Corporation Counsel*