

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 Church Street
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

August 27, 2025

**BY ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>MacNeal v. State of New York, et al.</u>,
              24 Civ. 6017 (LGS) (JW)

Your Honor:

      City Defendants respectfully oppose Plaintiff's motion for leave to file a sur-reply. Sur-replies are disfavored and permitted only in exceptional circumstances to address new legal arguments raised for the first time in a reply brief. As Plaintiff admits, the "new arguments" in City Defendants' Reply Memorandum consist only in identifying Plaintiff's misrepresentations to this Court. (*See* ECF Dkt. 110-1, at 2.)

      Furthermore, Plaintiff's proposed sur-reply continues a disturbing pattern of citing non-existent legal authorities—this time *Vann v. City of New York*, 72 F.4th 38, 59–60 (2d Cir. 2023)—which, like the fabricated cases identified in City Defendants' Reply Memorandum, cannot be located in any legal database. This repeated submission of false legal authorities undermines the integrity of these proceedings and demonstrates that a sur-reply would serve no legitimate purpose.

The City Defendants thank the Court for its time and consideration of this request.

Respectfully Submitted,

*John McLaughlin* /s/

John McLaughlin
Attorney for Defendants City of New York, Castro, Corde, Orellana, Quintuna-Guaman, and Stack
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov

Cc:  **VIA ECF**
Kelly MacNeal
507 W 28th Street
Apt. 26D
New York, NY 10001
Email: Macnificent2016@gmail.com
*Plaintiff Pro Se*

Elizabeth Anne Figueira
New York State Office of the Attorney General (28 Liberty)
28 Liberty Street, 15th Floor
New York, NY 10005
(212) 416-8528
Fax: (212) 416-6009
Email: elizabeth.figueira@ag.ny.gov
*Attorney for Codefendants*