

**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

August 27, 2025

**By ECF**
The Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    MacNeal v. The State of New York, et al. No. 24-cv-6017

Dear Magistrate Willis:

    The Office of the Attorney General represents the State of New York ("State"), as well as Chelsea John, Elena Perlongo, Gina Martinez, Candace Tyndall, and John Herrion, all current or former employees of the Division of Human Rights (together, "State Defendants") in the above referenced action brought by Plaintiff Kelly MacNeal ("Plaintiff"). State Defendants respectfully join the City Defendants' opposition to Plaintiff's request to file a sur-reply. *See* ECF No. 110-111.

    Sincerely,
    /s/ *Elizabeth A. Figueira*
    ELIZABETH A. FIGUEIRA
    Assistant Attorney General
    212-416-8528
    Elizabeth.Figueira@ag.ny.gov