**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KELLY MACNEAL,

                      Plaintiff,                                __**ORDER**__

               -against-                      **24-CV-6017 (LGS) (JW)**

STATE OF NEW YORK *et al.*,

                     Defendants.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

     The Court **DENIES** Plaintiff's motion for leave to file a sur-reply. <u>See</u> Dkt.

No. 110.   The Court cautions Plaintiff that artificial intelligence is not a reliable

source for legal research and is known to hallucinate information.  Now that Plaintiff

is on notice about these risks, the Court expects that there will be no further false or

nonexistent case citations in her subsequent filings.

     **The Clerk of Court is respectfully requested to close Dkt. No. 110.**

     SO ORDERED.

DATED:     New York, New York
              September 3, 2025

                                  *Jennifer E. Willis*
                                JENNIFER E. WILLIS
                          United States Magistrate Judge