August 29, 2025

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
And
Honorable Jennifer Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

REPLY TO OPPOSITION OF
MOTION FOR LEAVE TO FILE
SUR-REPLY

Re: Kelly MacNeal v. State of New York, et al.,
24-CV-6017 (LGS)(JW)

Your Honors,

    I am the pro se plaintiff in the above referenced case.

    The case was filed August 1, 2024 against employees of both the City of New York and The State of New York. On April 7, 2025, Defendants (the State) filed a motion to dismiss under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6); Memorandum Of Law (ECF No 77), Supplemented with (ECF No 76) a Declaration from one of the individual Defendants, Chelsea John. The City also filed a separate motion to dismiss on April 7, 2025 (ECF No 74).

    On August 15, 2025, both the City and State filed Replies (EFC Nos. 107 and 108) to Plaintiff's Opposition briefs (EFC Nos. 96 and 101) citing errors related Artificial Intelligence "hallucinations" in a few of the citations contained in the opposition briefs.

Plaintiff filed a Motion for Leave to file a Sur-Reply (EFC No. 110) to address this unexpected problem. And the City and State have both Opposed (EFC Nos. 111 and 112).

Plaintiff, not wishing to beat this dead horse, wishes to reply to that Opposition. However, concerning the accusations of recklessness, and any inference of intent on the part of the Plaintiff, for presenting erroneous citations before this Court, which were produced by Artificial Intelligence, I barely know how to begin responding to the problem.

I will repeat again that I am disabled by a brain injury, which affects my ability to concentrate and process information, I have intermittent vertigo and double vision making the processing of documents difficult and above all I am debilitated by chronic blinding migraines triggered by the very circumstances from which I have been seeking relief in my "disability rights violation" claims before the City, the State and now this Court. This is without even considering the other pain inducing injuries to my neck and back, which are also part of my disability, and often cause enough pain to prevent me from even being able to sit at the computer. I have been denied any

1

proper legal assistance, and I have been facing a pack of lawyers and people with the law degrees who are willing to misstate the law themselves in order to deny me my disability rights.

I am in this Court, before you today, only because I am trying to get someone, anyone, to properly apply disability law and the protections that I am supposed to be entitled to. I need someone to pay attention to the fact that I am in agonizing pain on a daily basis because the law is not being properly applied to protect me.

Instead, I am facing a new bunch of lawyers and, again, only being told that my inability to cite laws and act as my own lawyer means that the law alludes me. My protection eludes me. And, so I should rightly be left in pain. The law doesn't apply to me because I haven't been able to speak it properly myself.

Both the State and the City commissions, supposedly dedicated to human rights defense and protection, denied me, ignored the law and left me to suffer. They are as guilty of misrepresenting the law as the Artificial Intelligence seemingly did. Only they did it knowingly.

And unfortunately, even this court concerning this case and its related case 23-cv-05890 (LGS)(JW) have themselves misstated the law.

Without intending disrespect, it must be pointed out that, in the related case, Your Honor Schofield cited a case concerning the manner in which a disability accommodation must be requested, which flew in the face of the actual law. And while Plaintiff is grateful for the reversal of that decision (23-cv-05890 EFC No. 58) to align with the directives of the Justice Department, it serves to show what Plaintiff has been up against while desperately trying to make her case.

Meanwhile, Your Honor Magistrate Judge Willis has denied Plaintiff, in that same related case, the identities of the EMT officers who were involved (23-cv-05890 EFC No. 62). The Court cited Plaintiff's lack of legal citations while denying her request. This decision, as with the one above, flies in the face of law that is commonly known to people. Whether Plaintiff decides to name those EMTs as defendants in the other case is beside the point. Plaintiff is absolutely entitled to their identities. They were involved in medical treatment of the Plaintiff and she is entitled to know who they are. And if for no other reason, then they were witnesses to the entire incident in question and should be deposed in that context. Yet, despite FOIL requests, the City has illegally denied Plaintiff the information. Hence, she requested the Court compel its production. The Court's framing of their decision on Plaintiff's lack of legal citations disadvantaged and punished the Plaintiff for lack of legal prowess and denied her information she is in fact, by law, entitled to.

This ongoing battle has only forced Plaintiff to rely even more heavily on Artificial Intelligence to meet unfair expectations. Plaintiff's inability to cite verse for verse or produce each code related to common understandings of the law or cite case law is not supposed to bar pro se citizens from their rights before the Court.

So, as this Plaintiff come before this Court, a pro se, disabled, brain, injured poor person, without money or ability to find legal representation, doing the very best she can, she respectfully beg the Court not to throw out her case because the AI had a few "hallucinations" while offering her the only help she has had access to.  This would be inequitably unjustice .

Most of the citations were legitimate.  And, in the second try (the Sur-Reply to correct), Plaintiff specifically told the AI not to give her any erroneous citations.  She then checked the first few of them and they were verifiable.  At that point, Plaintiff was satisfied that the AI had done what she had asked it to do. Why it snuck in one more "hallucinated" citation is a question Plaintiff cannot answer.   All she can do is wonder whether the people programming this thing are telling it to sabotage people asking for help in bringing cases against government agencies.  To avoid any such inference, Plaintiff merely request the erroneous citation be disregarded and withdrawn, while allowing the legitimate citations to remain.

Any instinct to punish those misrepresenting the law and undermining the integrity of the judicial system should be reserved for those doing it intentionally.  This would more appropriately be aimed at the behavior of the City and State defendants, whose misrepresentation of the law brought rise to both this and the related case, while leaving the plaintiff to languish in pain for lack of proper protection of those law.

Everyone is acting like this is a game of liars poker.  Plaintiff is not here to play games. She is here because she is disabled and in pain.  She needs help.  She has expressed this in practically every document that has been filed before this Court … and every claim brought to the State and the City.

For the reasons stated above, Plaintiff respectfully ask that the court accept her Sur-reply to the Motions to Dismiss her case filed by both the City and the State.

And, if not too much to ask, Plaintiff, out of judicial efficiency without another filing, ask that in the related case Judge Willis please reconsider Plaintiff's right to the identities of the EMTs involved in that case.  Jack McLaughlin, the City's Council is acting on both cases, and so I notify him here of Plaintiff's desire to make that request.

August 29, 2025
New York, NY

                                                             Respectfully Submitted,

                                                             Kelly MacNeal
                                                             507 W 28th St
                                                             Apt 26D
                                                             New York, NY 10001
                                                             212-581-3223

Cc:   **VIA ECF**                                                           *Pro se Plaintiff*
       Elizabeth Anne Figueira
       New York State Office of the Attorney General (28 Liberty)
       28 Liberty Street, 15th Floor

New York, NY 10005
Tel.:   (212) 416-8528 Fax:   (212) 416-6009
Email: elizabeth.figueira@ag.ny.gov
*Attorney for Codefendant State of New York*

Joseph Zangrilli
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2657
jzangril@law.nyc.gov
*Attorney for Codefendant City of New York  -  Senior Counsel*

Jack McLaughlin
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov
*Attorney for Codefendant City of New York - Assistant Corporation Counsel*