# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

**U.S. Department of Justice**
**United States Marshals Service**

| | |
|---|---|
| **PLAINTIFF** Kelly MacNeal | **COURT CASE NUMBER** 24cv6017 |
| **DEFENDANT** The State of New York et al | **TYPE OF PROCESS** Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Frank Tarsillo
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Fire Department of the City of New York 9 Metro Tech Center Brooklyn, New York 11201

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Kelly MacNeal
507 W 28th Street
Apt. 26D
New York, NY 10001

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on USA

U.S. DISTRICT COURT FILED SEP 19 2025 S.D. OF N.Y.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of [X] PLAINTIFF [ ] DEFENDANT

TELEPHONE NUMBER | DATE 12/13/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 0SY | District to Serve No. 0SY | Signature of Authorized USMS Deputy or Clerk | Date 12/27/2024 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above)
FM Dan Gyula #147

Address (complete only different than shown above)

Date 9/18/25   Time 1305 pm

Signature of U.S. Marshal or Deputy
Tracy Am H. ADAS 4626

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Form USM-285
Rev 03/21