UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

KELLY MACNEAL,

                               Plaintiff,             **NOTICE OF MOTION**

         -against-

                                                            24 Civ. 6017 (LGS) (JW)

STATE OF NEW YORK, et al.,

                               Defendants.
--------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated November 3, 2025, defendant Frank Tarsillo will move before the Honorable Jennifer E. Willis, United States Magistrate Judge, at the Thurgood Marshall United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, at a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing plaintiff's Amended Complaint against Frank Tarsillo for insufficient service of process and for failure to state a claim upon which relief can be granted, together with such other and further relief as this Court deems just and proper.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, are to be served by December 19, 2025; and

**PLEASE TAKE FURTHER NOTICE** that reply papers, if any, are to be served by January 2, 2026.

Dated:  New York, New York
        November 3, 2025

MURIEL GOODE-TRUFANT
Corporation Counsel of the City of New York
*Attorney for Defendants City, Castro, Corde,
  Orellana, Quintuna-Guaman, Stack, and
  Tarsillo*
100 Church Street
New York, New York 10007
(212) 356-2670

By: /s/ *John McLaughlin*
    John McLaughlin
    *Assistant Corporation Counsel*
    Special Federal Litigation

Cc:  **VIA ECF**
     Kelly MacNeal
     507 W 28th Street
     Apt. 26D
     New York, NY 10001
     Email: Macnificent2016@gmail.com
     *Plaintiff Pro Se*

     Elizabeth Anne Figueira
     New York State Office of the Attorney General (28 Liberty)
     28 Liberty Street, 15th Floor
     New York, NY 10005
     (212) 416-8528
     Fax: (212) 416-6009
     Email: elizabeth.figueira@ag.ny.gov
     *Attorney for Codefendants*