UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY MacNEAL,<br><br>                    Plaintiff,<br><br>           -against-<br><br>THE STATE OF NEW YORK, et al.,<br><br>                    Defendants. | 24-cv-6017 (LGS)(JES)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Assistant Attorney General Bronwyn M. James, Esq. of the Office of New York Attorney General, hereby appears in this action on behalf of defendants the State of New York and Chelsea John, Gina Martinez, Elena Perlongo, John Herrion, Candace Tyndall, and Elizabeth Ortiz, sued in their official and individual capacities as employees of the New York State Division of Human Rights (collectively, "State Defendants").

I certify that I am admitted to practice law in the United States District Court for the Southern District of New York.

Dated:  New York, New York
            December 15, 2025

                                                        LETITIA JAMES
                                                        Attorney General
                                                        State of New York
                                                        *Attorney for State Defendants*

                                                        By:  /s/ Bronwyn M. James
                                                                Bronwyn M. James
                                                                Assistant Attorney General
                                                                28 Liberty Street
                                                                New York, NY 10005
                                                                Phone: (212) 416-8627
                                                                Bronwyn.James@ag.ny.gov