

**Office of the New York State**  
**Attorney General**

**Letitia James**  
**Attorney General**

January 7, 2026

> The request to terminate the appearance of AAG Elizabeth A. Figueira is **GRANTED**. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> January 9, 2026

**By ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007-1312

Re: *MacNeal v. The State of New York*, 24-cv-6017 (LGS)(JES)

Dear Judge Schofield:

    The Office of New York Attorney General ("OAG") represents defendants the State of New York and Chelsea John, Gina Martinez, Elena Perlongo, John Herrion, Candace Tyndall, and Elizabeth Ortiz, sued in their official and individual capacities as employees of the New York State Division of Human Rights (collectively, "State Defendants") in the above-referenced action. I write to respectfully request that the Court direct the Clerk to terminate the appearance of Assistant Attorney General Elizabeth A. Figueira in this action. Ms. Figueira has left the OAG for another position as of December 12, 2025. State Defendants will continue to be represented by OAG and myself, such that no substitution is necessary.

    Thank you for your consideration in this matter.

Respectfully submitted,

/s/ *Bronwyn M. James*
Bronwyn M. James
Assistant Attorney General
Phone: (212) 416-8627
Bronwyn.James@ag.ny.gov