January 30, 2026

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **GRANTED**. The deadline for any objections to the Report and Recommendation dated January 21, 2026 (Dkt. No. 126) is **ADJOURNED** from February 4, 2026, to **March 6, 2026**.

The Clerk of Court is respectfully directed to close the letter motion at Dkt. No. 127.

Dated: February 2, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: Kelly MacNeal v. City of New York,
    24-CV-06017 (LGS)(JW)

Your Honor,

    I am the pro se plaintiff in the above referenced case. The case was filed August 1, 2024 against the municipal entities and employees of both the City of New York and The State of New York.

    On January 21, 2026 Magistrate Judge Willis issued a Report and Recommendation (ECF No 126) on the Defendants' Motions to Dismiss (ECF Nos. 73-78) Plaintiff's FAC (ECF No. 37)

    Plaintiff's disabling head injury and it's related chronic pain continues to interfere with her ability to compose coherent responses to court papers; and causes her to struggle with meeting the deadlines of filing such documents. Plaintiff also continues to be victimized by the very issues central to her complaint, which add to her pain and further impede her ability to function on any level.

    Both the City and State defendants have consented to Plaintiff requesting a 30 day extension of time to file Objections to the Report and Recommendation.

    Wherefore, Plaintiff now respectfully requests the Court change the Objection deadline from February 4, 2026 to March 6, 2026.

Respectfully Submitted,

Kelly MacNeal
507 W 28th St
Apt 26D
New York, NY 10001
212-581-3223
*Pro se Plaintiff*

Cc: **VIA ECF**
    Joseph Zangrilli
    New York City Law Department

100 Church Street
New York, NY 10007
(212) 356-2657
jzangril@law.nyc.gov
*Attorney for Codefendant City of New York  -  Senior Counsel*

Jack McLaughlin
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov
*Attorney for Codefendant City of New York - Assistant Corporation Counsel*

Bronwyn M. James
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8627
Email: Bronwyn.James@ag.ny.gov
*Attorney for Codefendant State of New York*