February 24, 2026

**BY ECF**

Honorable Lorna G. Schofield
United States District Judge            Second Request for Extension
Southern District of New York           of Time to File Objections to
500 Pearl Street                        Report and Recommendation
New York, NY 10007

Re: Kelly MacNeal v. City of New York,
    24-CV-06017 (LGS)(JW)

Your Honor,

    I am the pro se plaintiff in the above referenced case.  The case was filed August 1, 2024 against the municipal entities and employees of both the City of New York and The State of New York.

    On January 21, 2026 Magistrate Judge Willis issued a Report and Recommendation (ECF No 126) on the Defendants' Motions to Dismiss (ECF Nos. 73-78) Plaintiff's FAC (ECF No. 37)

    With mutual consent on all sides Your Honor granted an extension of time for parties to file Objections to the Report and Recommendation, with a deadline of March 6, 2023. Order at (ECF No. 128)

    Unfortunately, my disabling head injury and it's related chronic pain are STILL continuing to interfere with my ability to compose coherent responses to court papers. Additionally, I have been juggling multiple doctor appointments, and spending hour after hour on the phone dealing with, two medical facilities over billing me, my insurance company arguing over approval of new MRI's, preparing for a settlement conference that happened earlier today, HRA loosing paperwork related to my renewal of benefits, my landlord making illegal threats of eviction and just for kickers the only one eye I can see out of has developed spasms interfering with my vision and showing further neurological problems. I also made further attempts to find legal counsel without success.

    I can barley meet the demands of my medical needs much less the rest of this.  It has all completely overwhelmed me and causes me to struggle with meeting the deadlines of filing court documents.  Most of my current medical complications stem from my continued victimization by the very issues central to this complaint.  These ongoing, unabated conditions add to my pain and further impede my ability to function on any level.

    I am also expecting the City to file their Opposition, to my motion in the related case 23-cv-05890, later today.  I must reply to that by March 10, 2023.

Because of all of this, I must respectfully beg the Court for a second extension of time to file Objections to the Report and Recommendation.

Both the City and State Defendants have consented to Plaintiff requesting an additional 30 day extension of time to file.

Wherefore, Plaintiff now respectfully begs the Court to grant the sought extension, changing the Objection deadline from March 6, 2026 to April 6, 2026.

Respectfully Submitted,

Kelly MacNeal
507 W 28th St
Apt 26D
New York, NY 10001
212-581-3223
*Pro se Plaintiff*

Cc:   **VIA ECF**

Joseph Zangrilli
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2657
jzangril@law.nyc.gov
*Attorney for Codefendant City of New York  -  Senior Counsel*

Jack McLaughlin
New York City Law Department
100 Church Street
New York, NY 10007
(212) 356-2670
jmclaugh@law.nyc.gov
*Attorney for Codefendant City of New York - Assistant Corporation Counsel*

Bronwyn M. James
New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8627
Email: Bronwyn.James@ag.ny.gov
*Attorney for Codefendant State of New York*

Application **GRANTED**.  The deadline for any objections to the Report and Recommendation dated January 21, 2026 (Dkt. No. 126) is **ADJOURNED** from March 6, 2026, to **April 6, 2026**.

The Clerk of Court is respectfully directed to close the letter motion at Dkt. No. 129.

Dated: February 26, 2026
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE