UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY MACNEAL,

                              Plaintiff,

              -against-

STATE OF NEW YORK ET AL.,

                              Defendants.

24 CIVIL 06017 (LGS)

## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated July 30, 2026, the State Defendants' and City Defendants' motions to dismiss are GRANTED. Defendant Frank Tarsillos separate and supplemental motion to dismiss is DENIED as moot. Plaintiff may seek to replead as provided above. The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this Opinion & Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:**    New York, New York
              August 4, 2026

                                        **TAMMI M. HELLWIG**
                                        **Clerk of Court**

                    **BY:**

                                        **Deputy Clerk**