**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**CAROLINE DICOSTANZO**
*Assistant Corporation Counsel*
Phone: (212) 356-2662
Email: cdicosta@law.nyc.gov

August 19, 2026

**VIA ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Kelly MacNeal v. State of New York et. al.,
24 Civ. 6017 (LGS)(JW)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York. I write pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York to respectfully request that the Court issue an Order substituting the undersigned as counsel of record on behalf of Defendants City of New York, John Cordero, Christian Orellana, Jose Quintuana-Guaman, Frank Tarsillo, Ryan Stack, and Chandler Castro and in place of Assistant Corporation Counsel John McLaughlin and Senior Counsel Joseph Peter Zangrilli, as Mr. McLaughlin has left his employment with the New York City Law Department and Mr. Zangrilli is no longer assigned to the defense of this matter. Simultaneously herewith, I am filing a Substitution of Counsel, and our Office respectfully requests that Mr. McLaughlin and Mr. Zangrilli be removed as attorneys of record on this matter.

Thank you for your consideration herein.

Respectfully submitted,

/s/Caroline DiCostanzo
Caroline DiCostanzo
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Kelly MacNeal[1]
*Plaintiff Pro Se*

Bronwyn Mary James
*Attorney for Defendants John Herrion, Chelsea John, Gina Martinez, Elizabeth Ortiz, Elena Perlongo, The State of New York, Candace Tyndall*

1 Upon information and belief, Plaintiff has consented to receive electronic service via ECF. *See* ECF No. 11.