UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

KELLY MACNEAL,

*Plaintiff*,

-against-

STATE OF NEW YORK et al.,

*Defendants*.

------------------------------------------------------------------- X

**NOTICE OF SUBSTITUTION OF COUNSEL**

24 Civ. 6017 (LGS)(JW)

**PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of John McLaughlin and Joseph Peter Zangrilli, as counsel of record on behalf of the Corporation Counsel of the City of New York, Steven Banks, attorney for Defendants City of New York, John Cordero, Christian Orellana, Jose Quintuana-Guaman, Frank Tarsillo, Ryan Stack, and Chandler Castro:

**Caroline DiCostanzo**
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, NY 10007
T: (212) 356-2662
E: cdicosta@law.nyc.gov

Please serve all papers and future notifications on the attorney for Defendants City, Cordero, Orellana, Quintuana-Guaman, Tarsillo, Stack, and Castro at the address set forth above and at ecf@law.nyc.gov, and please terminate John McLaughlin, Esq. and Joseph Peter Zangrilli, Esq. as counsel of record and replace them with Caroline DiCostanzo.

Dated: New York, New York
August 19, 2026

**STEVEN BANKS**
Corporation Counsel of the City of New York
*Attorney for Defendants City, Cordero, Orellana, Quintuana-Guaman, Tarsillo, Stack, and Castro*
100 Church Street
New York, NY 10007
T: (212) 356-2662
E: cdicosta@law.nyc.gov

By: /s/Caroline DiCostanzo
Caroline DiCostanzo
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: **VIA ECF**
Kelly MacNeal[1]
*Plaintiff Pro Se*

Bronwyn Mary James
*Attorney for Defendants John Herrion, Chelsea John, Gina Martinez, Elizabeth Ortiz, Elena Perlongo, The State of New York, Candace Tyndall*

[1] Upon information and belief, Plaintiff has consented to receive electronic service via ECF. *See* ECF No. 11.